The Honorable Barbara J. Rothstein
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER KRABACH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a local governmental entity, JULIE WISE, in her individual capacity, and in her official capacity as Director of King County Elections; STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington; and JAY INSLEE, in his official capacity as Governor of the State of Washington,<br><br>Defendants. | No. 2:22-cv-01252-BJR<br><br>DECLARATION OF JACOB M. GRUMBACH, Ph.D. |

I, JACOB M. GRUMBACH, Ph.D., declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration. I base this declaration on personal knowledge or upon records that I would normally rely on in rendering an expert opinion.

2. Attached hereto as Exhibit A is copy of my *Curriculum Vitae*.



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1261 Fax (206) 296-0191

3. Attached hereto as Exbibit B is copy of my initial report in this case, which is dated September 23, 2022. I hold the opinions stated in my report to a reasonable degree of professional certainty.

DATED this 30th day of Sepetember, 2022.

DocuSigned by:
Jacob Martin Grumbach
3B69CA3B38714BB...

JACOB M. GRUMBACH, PhD



**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
1191 Second Avenue, Suite 1700
Seattle, Washington 98101
(206) 477-1261 Fax (206) 296-0191

# Exhibit A

# Jacob (Jake) Martín Grumbach

Curriculum Vitae updated September 2022


**Contact Information**

131 Gowen Hall
University of Washington
Seattle, WA 98195

grumbach@uw.edu
Website


**Research Interests**

American Politics, Methods (Statistics), Public Policy, Race and Inequality, American Political Development, Federalism, Political Economy

**Academic Appointments**

**University of Washington**

Associate Professor, *Department of Political Science* (2022–)

Director of Washington Institute for the Study of Inequality & Race (WISIR)

Affiliations: Bridges Center for Labor Studies, Center for Statistics and the Social Sciences, Center for Studies in Demography and Ecology

Assistant Professor, *Department of Political Science* (2019–2022)

**Princeton University**

Postdoctoral Fellow, *Center for the Study of Democratic Politics* (2018–2019)

**Education**

**University of California, Berkeley**

Ph.D., *Political Science* (2012–2018)

M.A., *Political Science*

Dissertation: *Polarized Federalism: Activists, Voters, and the Resurgence of State Policy in the U.S.*, winner of the 2019 E.E. Schattschneider Award and the 2019 William Anderson Award

Committee: Paul Pierson and Eric Schickler (co-chairs), Sarah Anzia, Sean Gailmard, Amy Lerman

Fields: American Politics, Methods, Public Policy and Organization

**Columbia University**

B.A., *Political Science* and *History*, (2006–2010)

Honors: *cum laude*, Departmental Honors in Political Science

**Book**

*Laboratories Against Democracy: How National Parties Transformed State Politics*

Princeton University Press, 2022

Reviewed in *Boston Review*; *Democracy Journal*; *Publius: The Journal of Federalism*

**Peer Reviewed Publications**

**Grumbach, Jacob M.**. "Laboratories of Democratic Backsliding. 2022. *American Political Science Review*, forthcoming. Honorable Mention for 2021 APSA Award for Best Paper on Federalism.

**Grumbach, Jacob M.**, Hahrie Han, and Dorian Warren. "Getting Out the Vote in the Projects: Lessons from a Community Organizing Experiment" [Short Article]. 2022. *Politics, Groups, and Identities*, forthcoming.

**Grumbach, Jacob M.** and Charlotte Hill. "Rock the Registration: Same Day Registration Increases Turnout of Young Voters." 2022. *Journal of Politics* 84(1): 405-417.

**Grumbach, Jacob M.**, Alexander Sahn, and Sarah Staszak. "Race, Gender, and Intersectionality in Campaign Finance." 2022. *Political Behavior* 44: 319-340. Winner of the 2019 APSA Award for Best Paper in Race and Ethnic Politics.

Kemp, Blakelee R., **Jacob M. Grumbach**, and Jennifer Karas Montez. "US State Policy Contexts and Physical Health among Midlife Adults." 2022. Socius 8.

Bonica, Adam, **Jacob M. Grumbach**, Charlotte Hill, and Hakeem Jefferson. "All-Mail Voting in Colorado Increases Turnout and Reduces Turnout Inequality." 2021. *Electoral Studies* 72: 102363.

Riley, Alicia R., Daniel Collin, **Jacob M. Grumbach**, Jacqueline M. Torres, and Rita Hamad. 2021. "Association of US State Policy Orientation with Adverse Birth Outcomes: A Longitudinal Analysis." *Journal of Epidemiology & Community Health* 75(7): 689-694.

Frymer, Paul and **Jacob M. Grumbach**. 2021. "Labor Unions and White Racial Politics." *American Journal of Political Science*, 65(1): 225-240.

Montez, Jennifer Karas, Jason Beckfield, Julene Kemp Cooney, **Jacob M. Grumbach**, Mark D. Hayward, Huseyin Zeyd Koytak, Steven H. Woolf, and Anna Zajacova. 2020. "US State Policies, Politics, and Life Expectancy." *The Milbank Quarterly* 98(3): 668–699.

**Grumbach, Jacob M.**, and Alexander Sahn. 2020. "Race and Representation in Campaign Finance." *American Political Science Review*, 114(1): 206-221.

**Grumbach, Jacob M.** 2020. "Interest Group Activists and the Polarization of State Legislatures." *Legislative Studies Quarterly*, 45(1): 5-34.

**Grumbach, Jacob M.** 2018. "From Backwaters to Major Policymakers: Policy Polarization in the States, 1970-2014." *Perspectives on Politics*, 16(2): 416–435.

Elul, Gabrielle, Sean Freeder, and **Jacob M. Grumbach**. 2017. "The Effect of Mandatory Mail Ballot Elections in California." *Election Law Journal*, 16(3): 397–415.

Hecht, Amelie A., **Jacob M. Grumbach**, Karla E. Hampton, Kenneth Hecht, Ellen Braff-Guajardo, Claire D. Brindis, Charles E. McCulloch, and Anisha I. Patel. 2017. "Validation of a Survey to Examine Drinking Water Access, Practices, and Policies in Schools." *Public Health Nutrition* 20(17): 3068–3074.

**Grumbach, Jacob M.** 2015. "Polluting Industries as Climate Protagonists: Cap and Trade and the Problem of Business Preferences." *Business & Politics* 17(4): 633–659.

**Grumbach, Jacob M.** 2015. "Does the American Dream Matter for Members of Congress? Social-Class Backgrounds and Roll-Call Votes." *Political Research Quarterly* 68(2): 306–323.

Patel, Anisha I., Kenneth Hecht, Karla E. Hampton, **Jacob M. Grumbach**, Ellen Braff-Guajardo, and Claire D. Brindis. 2014. "Tapping into Water: Key Considerations for Achieving Excellence in School Drinking Water Access." *American Journal of Public Health* 104(7): 1314–1319.

Patel, Anisha I., Kumar Chandran, Karla E. Hampton, Kenneth Hecht, **Jacob M. Grumbach**, Amanda T. Kimura, Ellen Braff-Guajardo, and Claire D. Brindis. 2012. "Observations of Drinking Water Access in School Food Service Areas Before Implementation of Federal and State School Water Policy, California, 2011." *Preventing Chronic Disease* 9.

Editor Reviewed Publications

Aneja, Abhay, **Jacob M. Grumbach**, and Abby K. Wood. "Financial Inclusion in Politics." 2022. *NYU Law Review* 97(2): 566–630.

**Grumbach, Jacob M.** "The Supreme Court Just Rolled Democracy Back. You Can Measure

How Much." 2022. *Politico*, June 30.

**Grumbach, Jacob M.** and Christopher Warshaw. "Many States with Antiabortion Laws Have Pro-Choice Majorities." 2022. *Washington Post MonkeyCage*, June 25.

**Grumbach, Jacob M.** and Jamila Michener. "American Federalism, Political Inequality, and Democratic Erosion." 2022. *ANNALS of the American Academy of Political and Social Science* 699(1): 143–155.

Collier, Ruth Berins, and **Jacob M. Grumbach**. "The Deep Structure of Democratic Crisis." 2022. *Boston Review*, January 6.

Frymer, Paul, Thomas Ogorzalek, and **Jacob M. Grumbach**. 2022. "Unions Can Help White Workers Become More Racially Tolerant" *The Cambridge Handbook of Labor and Democracy.* Cornell, Angela and Mark Barenberg, Eds.

**Grumbach, Jacob M.**, Jacob S. Hacker, and Paul Pierson. 2021. "The Political Economies of Red States" in *American Political Economy: Politics, Markets, and Power.* Hacker, Jacob S., Alexander Hertel-Fernandez, Paul Pierson, and Kathleen Thelen, Eds.

**Grumbach, Jacob M.** and Eric Schickler. 2021. "In Civil Rights and American Democracy, Congress's Role Looms Large." *The Hill*, August 30.

Hill, Charlotte and **Jacob M. Grumbach**. 2020. "6 Ways Mail-in Ballots are Protected from Fraud." *The Conversation*, September 17.

Frymer, Paul and **Jacob M. Grumbach**. 2020. "The NBA Strike is a Big Moment for Athlete Activism—and the Labor Movement in America." *Vox*, September 4.

Hill, Charlotte, **Jacob M. Grumbach**, Adam Bonica, and Hakeem Jefferson. 2020. "We Should Never Have to Vote in Person Again." *New York Times*, May 4.

**Grumbach, Jacob M.** "Billionaires, Organizations, and Federalism: Developments in the Study of American Inequality." 2019. *Journal of Politics*, 81(4): 73–79.

Hill, Charlotte and **Jacob M. Grumbach**. 2019. "An Excitingly Simple Solution to Youth Turnout, for the Primaries and Beyond." *New York Times*, June 26.

## Working Papers

"Progress or Backlash? The Political Effects of Affirmative Action Enforcement" with Abhay Aneja (under review)

"Are Large Corporations Politically Moderate? Using Money in Politics to Infer the Preferences of Business" with Paul Pierson

"When Governments Learn from Copartisans: Partisan Policy Diffusion," winner of the 2019 APSA Award for Best Paper in Public Policy

"Can Segregated Schools Make Equal Citizens? Southern Education and Black Political Power, 1918-1972" with Omar Wasow

"Testing City Limits: The Rise of Healthy San Francisco"

## Awards and Fellowships

APSA Political Organizations and Parties Emerging Scholar Award, 2021

Center for Congressional and Presidential Studies Award for Best Paper Presented at the New Perspectives in Legislative Studies Conference, "Laboratories of Democratic Backsliding," 2021

Honorable Mention for American Sociology Association Distinguished Contribution to Scholarship in Population Award, 2021

APSA Award for Best Paper in Race and Ethnic Politics (with Alexander Sahn and Sarah Staszak), "Race, Gender, and Intersectionality in Campaign Finance," 2020

Bridges Center for Labor Studies Course Development Grant, 2020

APSA Award for Best Paper in Public Policy, "When Governments only Learn From Co-partisans: Partisan Policy Diffusion," 2019

E.E. Schattschneider Award for Best Dissertation in American Politics, 2019

William Anderson Award for Best Dissertation in Federalism, Intergovernmental Relations, or State and Local Politics, 2019

Ford Foundation Dissertation Fellowship, 2017–2018

APSA Class and Inequality Section Graduate Student Award, 2016

Mike Synar Graduate Research Fellowship, 2015–2016

Outstanding Graduate Student Instructor, 2015–2016

Eugene Cota-Robles Fellowship, 2012–2013

## Teaching

POL284: Introduction to Labor Studies, University of Washington

POL382: State and Local Politics, University of Washington

POL555: State and Local Politics (Graduate), University of Washington

POL501: Quantitative Methods for the Social Sciences I (Graduate), University of Washington

POL503: Quantitative Methods for the Social Sciences II (Graduate), University of Washington

PS1AC: Race, Inequality, and American Politics, UC Berkeley
- Teaching Instructor, American Cultures (AC) Teaching Workshop

HIST102: U.S. History 1865-Present, Prison University Project at San Quentin State Correctional Facility (Patten University)

## Service to Profession

Editorial Board; *Journal of Politics*, 2021-2022

Committee on the Status of Blacks in the Profession, 2022-2025

Nominations Committee; APSA REP Section, 2021-2022

Advisory Board; Washington Institute for the Study of Inequality & Race, 2020-

Award Committee, APSA Political Organizations & Parties Section, 2022

Outreach Coordinator, APSA Class & Inequality Section, 2020-

Award Committee, APSA Federalism Section, 2021

Graduate Student Poster Award Committee; APSA Class & Inequality Section, 2019

Bay Area Graduate Student Fellow; Scholars Strategy Network, 2014–2015

Coordinator, Colloquium on the Study of Race, Ethnicity, and Immigration; Institute of Governmental Studies, UC Berkeley, 2013–2015

Coordinator, Research Workshop in American Politics; Institute of Governmental Studies, UC Berkeley, 2015–2016

**Referee**

*American Journal of Political Science*; *American Political Science Review*; *American Politics Research*; *Business & Politics*; *Demography*; *Educational Researcher*; *Election Law Journal*; *Governance*; *Health and Place*; *Interest Groups & Advocacy*; *Journal of Ethnic and Migration Studies*; *Journal of Health, Politics, Policy and Law*; *Journal of Law, Economics, and Organization*; *Journal of Politics*; *Journal of Public Policy*; *Journal of Race, Ethnicity, and Politics*; *Labor Studies Journal*; *Legislative Studies Quarterly*; *Milbank Quarterly*; *Political Research Quarterly*; *Political Science Quarterly*; *Politics & Society*; *Politics, Groups, and Identities*; *PS: Political Science & Politics*; *Proceedings of the National Academy of Sciences*; *Public Policy and Administration*; *Publius: The Journal of Federalism*; *State Politics & Policy Quarterly*; *Studies in American Political Development*

**Conference Presentations**

American Political Science Association (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022)

Midwest Political Science Association (2015, 2016, 2017, 2018, 2019)

Western Political Science Association (2019, 2022)

**Invited Talks**

**2022:** Harvard Law School Democracy Series; University of Pennsylvania American Politics Workshop; James Madison University Symposium on Teaching and Learning Racial Justice; NYU American Politics Workshop; Boston University Political Science Speaker Series; Stanford Center on Democracy, Development and the Rule of Law; UC Berkeley Research Workshop in American Politics; University of Houston Hobby School of Public Affairs Speaker Series; Western Washington University Sandison Memorial Lecture; Yale American Politics and Policy Workshop

**2021:** Cornell PSAC; University of Michigan Weiser Center for Emerging Democracies; USC Political Institutions & Political Economy Symposium; Vanderbilt American Politics Workshop; UCSD Political Economy Research Seminar; UCLA Race & Ethnic Politics Seminar; Harvard American Politics Workshop

**2020:** Columbia University American Politics Speaker Series; Cornell University American Democracy Collaborative; Duke Race & Ethnic Politics Series; Johns Hopkins University Political Science Seminar; UW Center for the Study of Demography & Ecology; Michigan State Minority Politics Online Seminar Series; American University Political Science Research Seminar; University of Oregon Political Science Research Colloquium; UW Evans School of Public Policy; UW Washington Institute for the Study of Inequality & Race; University of Minnesota American Politics Colloquium; Vote.org Speaker Series; Yale American Politics and Policy Workshop

**2019:** National Institute on Money in Politics (Montana); Scholars Strategy Network Leadership Convening (Washington, D.C.)

**2018:** Oxford University Winant Symposium; UC Berkeley Law and New Political Economy Conference; UC Irvine Money and Politics Conference

**Advising**

Aaron Baker (Honors Thesis), Joe Calodich (Honors Thesis), Crystal Correa (Honors Thesis), Adelle Engmann (Honors Thesis), Megan Erickson (MA), Rachel Fordham (MA), Steven Karceski (PhD Sociology), Sebastian Mayer (PhD), Becca Peach (MA), Jessica Sciarone (MA), Morgan Wack (PhD), Hanjie Wang (PhD), Nicolas Wittstock (PhD)

**Selected Research Assistance**

Thomas Mann, Norman Ornstein, and E.J. Dionne (2017)

Margaret Boittin (2016–2017)

Prison University Project (PI: Amy Lerman and Jody Lewen, 2016)

Vesla Weaver and Amy Lerman (2015)

**Additional Information**

Languages: English, Spanish

Statistical and Programming Languages: *R*, STATA, LaTeX, SPSS, some Python, SQL, and ArcGIS

# Exhibit B

September 23, 2022

*Expert Report:*

# Voter Intimidation in King County

Prepared by:

**Jacob M. Grumbach**
Assistant Professor of Political Science
University of Washington

## 1. Summary

I have been asked by the King County Prosecuting Attorney's Office to provide expert analysis of the claims in *Krabach v. King County et al*. Specifically, my analysis focuses on whether the signs posted near ballot drop boxes in 2022 at the direction of Ms. Amber Krabach constitute voter intimidation. Drawing on research from political science, economics, and history, I conclude that these signs constitute voter intimidation, because:

1) The signs prime potential voters to think about severe criminal penalties and harassment that might occur as a consequence of casting their ballot.
2) The signs foster confusion about election law and legal penalties by discouraging ballot drop-off practices that are permitted under Washington State law, by asking passersby to "report suspicious activity," and by providing a QR code for this "reporting." Furthermore, whether or not the statements on the signs are accurate is not relevant to the question of whether the signs constitute voter intimidation.

These effects of the posted signs combine to create a clear instance of voter intimidation, especially in the contemporary environment of intense partisan conflict over election administration and democratic institutions. The intimidating effect of the sign is likely to be especially acute for eligible voters from groups that have faced historical discrimination in voting, including racial minorities, sexual minorities, low-income people, elderly people, disabled people, young people, naturalized immigrants, and first- and second-generation U.S.-born children of immigrants.

## 2. Qualifications

I am Associate Professor of Political Science at the University of Washington (UW). Prior to this appointment at the UW, I was a Postdoctoral Fellow at the Center for the Study of Democratic Politics at Princeton University, and received my PhD in Political Science in 2018 from the University of California, Berkeley.

My research uses statistical methods in the areas of politics and public policy. My research has appeared or is forthcoming in top political science journals, including *American Political Science Review*, *American Journal of Political Science*, *Election Law Journal*, *Electoral Studies*, *Journal of Politics*, *Political Behavior*, *Political Research Quarterly*, as well as public health journals such as *American Journal of Public Health* and *Milbank Quarterly*. Some of my research focuses specifically on the quantitative analysis of election law, such as the effect of same-day voter registration and mail ballot laws on voter turnout.

I teach graduate-level courses in statistical methods for the social sciences at the University of Washington, as well as courses in American politics and public policy such as state and local politics. I previously was a Graduate Student Instructor for a similar graduate-level statistical methods and American politics courses at UC Berkeley.

I regularly conduct peer reviews for academic journals in the areas of political science, public policy, and political economy.

In the last four years, I have testified by deposition in three cases, *Aguilar v. Yakima County* (Superior Court of Washington), *Contreras v. Illinois State Board of Elections* (United States District Court Northern District of Illinois), and *LULAC v. Abbott* (United States District Court Western District of Texas).

I have attached my current CV to this report. I am being compensated by the King County Prosecuting Attorney's Office and King County Director of Elections for my work at a rate of $350 per hour.

## 3. Introduction and Background

Exhibit E of the Declaration of Robert Bouvatte contains an image of the sign's design. It is this image that I have used to understand the written content and layout of the signs in question. I am tasked with determining from a political science perspective whether the signs, placed near ballot drop boxes, constitute voter intimidation. More specifically, I am answering the question of whether there is a reasonable possibility that the signs could instill fear among a subset of eligible voters such that it dissuades them from voting.

Voter intimidation has occurred in political systems around the world, including in both authoritarian regimes (e.g., Frye, Reuter, and Szakonyi 2019) and democracies like the United States—both in earlier historical periods such as Jim Crow (e.g., Epperly et al 2020) and in modern elections (e.g., Swirsky 2001). Voter intimidation comes in multiple forms, including the dissemination of misinformation or threats, the presence of poll watchers who have not been formally accredited or identified by election administrators or political parties, disruption of voting lines, blocking of polling place entrances or ballot drop boxes, verbal harassment of potential voters, and aggressive questioning of individuals' vote choice. (I will also note here that these practices of voter intimidation have frequently occurred at least 50 to 100 feet away from the location in which ballots are cast; this distance from the point of ballot casting is not a strong defense against a charge of intimidation.) These activities are prohibited by federal law, including the Voting Rights Act of 1965, as well as state law in all 50 states. Both federal and Washington State law make clear that the crime of voter intimidation does not require intent (e.g., Cady and Glazer 2015).

Although it is not directly relevant to the question of voter intimidation, it is worth noting that *elections in the U.S., and specifically in Washington State, are highly secure.* The evidence

is consistent and clear: voter fraud in elections in the U.S. generally, and in elections administered by the State of Washington, specifically, is exceedingly rare (Wu et al 2020; Eggers, Garro, and Grimmer 2021). As a consequence of this high level of security, signs such as those in this case *offer no potential benefit for election security*. However, as I describe in the rest of this report, these signs do have the potential to intimidate and discourage legal voting.

Voter intimidation, such as in the instance of Ms. Krabach's signs, can have important effects in part because voter turnout in the United States is relatively low. Voter turnout ranges from highs of approximately 65 percent in recent presidential elections to lows of under 40 percent in odd-year state and local elections in King County and Washington State. At the individual level, this means that many Americans are "low propensity voters." Such individuals tend to face major economic, informational, and time-related barriers to voting, and may be unlikely to vote due to feelings of alienation and distrust of political institutions (e.g., Panagopoulos 2013). These barriers and feelings of distrust disproportionately affect racial minorities, sexual minorities, low-income people, elderly people, disabled people, young people, naturalized immigrants, and first- and second-generation U.S.-born children of immigrants. Whereas some individuals who are highly invested in electoral politics will overcome even the most severe hurdles to cast their ballots, many others would be discouraged from voting in the face of even relatively modest barriers—including voter intimidation. In short, the risks that voter intimidation presents for American democracy are high; there is virtually no evidence of significant voter fraud in the U.S., but there is considerable evidence that it is difficult to get Americans to vote.

In the following two sections, I explain the two types of intimidation effects of Ms. Krabach's signs: a *priming* effect and an *information* effect. I then explain how these effects are

likely to be especially severe for individuals from groups that have face (and may continue to face) unequal barriers to voting.

## 4. The Signs Prime Citizens to Think About Criminal Penalties

The first reason that Ms. Krabach's signs constitute voter intimidation is because of their *priming* effect. "Priming" occurs when an individual is exposed to a signal, message, or content that makes certain thoughts more salient or activated.[1] For example, some restaurants intentionally waft the smell of delicious food to prime passersby to think about this food and increase their likelihood of patronizing the restaurant. In this case, Ms. Krabach's signs primed potential voters to think about two potential consequences that could arise as a result of their casting of their ballots in the nearby drop box: criminal penalties and harassment. In other words, the signs bring to the front of potential voters' minds the possibility that, by casting their ballot in the drop box, they will face criminal penalties for voter fraud or "ballot harvesting," or will be confronted and harassed by a member of the public acting as a vigilante.

The signs' effect of priming potential voters is distinct from their informational effect, an effect of conveying new information or misinformation (which I describe in the next section). In the priming situation, by contrast, potential voters already know that there is some small chance, however trivial, that they or election administrators will make a mistake that puts the voter at risk of criminal prosecution. The potential voters could also know that there is some small chance, again potentially tiny but still nonzero, that a member of the public will harass them for exercising their right to vote. The key to the priming effect is that the signs take voters' thoughts about criminal penalties or harassment—typically buried in the recesses of the mind—and brings them to the fore. When voters cast their ballots, they are unlikely to be actively think about the potential for criminal penalties or harassment, despite knowing that such potential exists. But the

[1] More formally, by "thoughts" I refer to mental considerations. For further background on mental considerations in American politics, see Zaller (1992).

priming effect of the signs makes very likely that eligible voters do actively think about these worrisome possibilities while they approach the ballot drop box.

Individuals who are primed to think about potentially severe negative consequences from voting are less likely to cast their ballot. Instead of pondering their vote choices or celebrating their participation in the electoral process, individuals who see Ms. Krabach's signs are primed to think about potential negative consequences from voting.

Priming affects the salience or importance of mental considerations rather than adding or subtracting considerations from the knowledge banks in our minds—but that does not mean its effect on behavior is unpowerful. Numerous experiments in political science, psychology, sociology, and behavioral economics show that priming different thoughts or considerations affects people's behavior and actions in the real world (for a review, see, e.g., Molden 2014). A set of studies in criminology, psychology, and behavioral economics has looked at the effect of priming individuals to think about criminal penalties (e.g., Pogarsky and Herman 2019).

In the next section, I turn to the signs' *informational effect*: conveying information or misinformation that has the potential to confuse and/or discourage voters.

### 5. The Signs Generate Confusion about Election Law and Penalties

Whereas priming effects manipulate the relative importance or salience of different pieces of information stored in our minds, *information effects* convey new information in ways that influence people's behavior. Information effects are simple. For example, a sign in front of a shoe store advertising a 50% off sale informs passersby about the sale, at least for those who did not already know about the sale. This new information about the existence and size of the shoe sale can attract people who otherwise would not have entered the store. This *information* effect is distinct from a *priming* effect, such as the priming effect of reminding you that you need to buy your daughter some new shoes for school.

Importantly, both true and false information can have an information effect on behavior. (One might call these information effects on the one hand, and misinformation effects on the other.) For example, an individual might see the advertisement for a 50% off sale and decide to enter the store, only to find that the sale has already concluded—but the advertisement still had the effect of convincing the person to enter the store.

In this case, Ms. Krabach's signs convey information that:

(1) the ballot drop box is under surveillance,

(2) "[a]ccepting compensation for harvesting or depositing ballots may be a violation of Federal Law,"

(3) that there exist federal criminal codes that appear to penalize "[a]ccepting compensation for harvesting or depositing ballots," and

(4) a QR code is available for members of the public to report "suspicious activity."

Each of these pieces of information, (1) through (4), has a reasonable potential to generate confusion for potential voters, and, as a consequence, deter legal votes.

First, the signs' statement that the ballot drop box is under surveillance is accurate, but this statement is likely to intimidate a subset of potential voters. We often are under video surveillance, such as in retail stores and on public transportation, in ways that are similar to the video surveillance at ballot drop boxes in King County. However, we rarely come across signs with bold red lettering informing us that we are being surveilled. It would be reasonable for a potential voter reading the sign to conclude that the surveillance is new. Furthermore, it conveys that the voter is being more intensely monitored than the day to day video surveillance that he or she routinely experiences. Some potential voters are likely to conclude not only that the drop box is being surveilled in case of highly unusual vandalism, terrorism, or other criminal activity, but rather that each individual who approaches the drop box will be identified by law enforcement through facial recognition or other methods. Because secrecy, such as in the form of the secret ballot, is integral to democracy (Teorell, Ziblatt, and Lehoucq 2017), the sign's message about surveillance will clearly be intimidating to some potential voters.

Second, the message that "[a]ccepting compensation for harvesting or depositing ballots may be a violation of Federal Law" is a form of misinformation that leads potential voters in King County to believe that collecting and depositing ballots from other voters is a crime. These practices are not a crime in King County or the State of Washington. However, an individual may reasonably conclude from this message on Ms. Kabach's sign that it is illegal to do something as innocuous as accepting monetary reimbursement for gas mileage for dropping off a family member's ballot.

Third and relatedly, the signs convey that there exists federal law specifically prohibiting the "[a]ccepting [of] compensation for harvesting or depositing ballots." This is misinformation. Laws regulating the collection and depositing of ballots beyond one's own, as well as laws regulating financial compensation for these activities, exist at the state level and vary by state. The State of Washington does not prohibit these activities.

Each of these first three messages exploit the general lack of knowledge about the specifics of election law violations among voters. Confusion of this kind is especially likely in the contemporary period, as the past decade has seen frequent and major changes in state election policies (Grumbach 2022a, 2022b), court rulings on election law, as well as proposals for new federal statutes in Congress.[2] In a democratic republic like the U.S., voters are not expected to be legal experts in order to participate in the electoral process. Indeed, this principle is integral to democratic equality (Dahl 2007). Thus, it is neither realistic nor desirable that potential voters should engage in time consuming research about the intricacies of election law, procedures, and criminal penalties in order to determine whether in fact they are at risk of penalties for the specific manner in which they plan to drop off a ballot.

Fourth, the presence of a QR code to facilitate members of the public to "report suspicious activity" conveys information that other members of the public might act as vigilantes against what they perceive—almost certainly inaccurately—to be election fraud. Political science research shows clearly that we are in a period of intense partisan polarization and animus (for a review, see Iyengar et al 2019). This polarization has, at its most severe, generated political violence, including armed occupations of state capitols and violent insurrection at the U.S. Capitol on January 6, 2021. Statistical analysis from Feinberg, Branton, and Martinez-Ebers

[2] Some judicial rulings, such as *Brnovich v. DNC*, and congressional proposals have specifically focused on issues related to ballot collecting and depositing.

(2022) further shows that counties that held rallies for the presidential campaign of Donald Trump in 2016 saw subsequent increases in hate crimes. Increasingly frequent mass shootings in the U.S. are often based in political conflict over the direction of the country. In such a climate, it is reasonable that potential voters would conclude that the call to "report suspicious activity" could imply that members of the public might be poised to engage in harassment or even violence against perceived political enemies attempting to cast their ballots.

Of the four pieces of information conveyed by Ms. Kabach's signs, I define two as misinformation (those related to federal law), and define the two others as accurate information (those related to the surveillance of ballot drop boxes and the QR code and encouragement to report "suspicious activity"). Critically, *the accuracy of information is not relevant to the question of whether messaging constitutes voter intimidation*. Stated slightly differently, it is not a defense against a charge of voter intimidation that some of the messaging on the signs conveys true information. Voter intimidation can include threats, and, quite obviously, threats are most dangerous when they are truthful. In an extreme example, if during Jim Crow a chapter of the Ku Klux Klan posted signs threatening Black voters with violence using pitchforks, this would constitute voter intimidation regardless of whether or not they carried out this violence by pitchfork or firearm—and regardless of whether or not the violence ended up materializing at all.

Taken together, these four messages conveyed by Ms. Kabach's signs have clear information (and misinformation) effects that constitute voter intimidation. In the next section, I discuss how the priming and informational effects discussed so far are likely to be especially acute for individuals from groups that have faced disproportionate historical and/or contemporary barriers to voting.

## 6. The Signs' Intimidation Effects Are Likely to be Most Pronounced for Groups that Face Barriers to Voting

Much of federal and state election law focuses on voting rights. Historically, subgroups of the U.S. population, including women, Black Americans, Native Americans, Latinos, Asian Americans, non-property owning White men, and people with disabilities have been fully or partially disenfranchised. The franchise was expanded to these groups in part or in full through state laws, the 15th Amendment, the 19th Amendment, and the Voting Rights Act of 1965.

Yet despite this *de jure* equality in the right to vote since 1965, *de facto* inequality in voting rights remain. Examples abound. Voting requires free time and transportation, which is less abundant for individuals with lower incomes or disabilities. "Voter suppression" policies, defined as policies that increase the burden of voting for subgroups of the population without a valid security or administrative rationale (Zhang 2022), have proliferated across the states during the 2010s and 2020s (Grumbach 2022b) and disproportionately occur in states with greater concentrations of racial minorities (Anderson 2018). The statistical analysis of Pettigrew (2017) further shows that, on average, racial minorities face significantly longer wait times in line to cast ballots. Although it is the case that the State of Washington is a national leader in providing equal access to voting (Grumbach 2022b), such inequalities in access exist in this state, as well.

Further inequality in electoral incorporation occurs due to language and immigration histories. Latino and Asian Americans have lower rates of voter registration and turnout in part because these groups have been less integrated into the party system than Black Americans and earlier waves of immigrants (Lee and Hajnal 2011). Moreover, naturalized immigrants and descendants of recent immigrants who move to the U.S. from authoritarian countries must adapt to democratic institutions (e.g., Ramakrishnan 2022). Many immigrants fled political systems in

which voter intimidation was widespread and often violent; they often carry vivid generational memories of the devastating consequences of political violence surrounding elections. For individuals with these immigration backgrounds in their family, the priming and informational effects of Ms. Kabach's signs are especially likely to intimidate and discourage the exercise of their right to vote.

Finally, risk and exposure to violence is unequal across groups, and the content of Ms. Kabach's signs are likely to be especially intimidating for subgroups that face disproportionate risk of violence. Specifically, Black, Native, and Latino Americans (Miller 2008), as well as sexual and gender minorities (lesbian, gay, bisexual, and transgender individuals; see Meyer 2010) face greater risk of violence than other groups, all else equal. Although overall rates of interpersonal violence toward religious minorities and toward Asian, Middle Eastern, and North African Americans is lower, rates of targeted hate-based violence toward these groups is relatively high. Concern about targeted hate-based violence likely interacts with the messaging on Ms. Kabach's signs in ways that augment the signs' intimidation effects.

The *priming* and *information* (and misinformation) effects of Ms. Kabach's signs interact with existing inequalities in voting access and the historical experience of voter intimidation across racial, ethnic, national, religious, sexual, gender, socioeconomic class, disability status, and other groups.

## 7. Conclusion

In this report, I provide expert analysis of the claims in *Krabach v. King County et al* as to whether the signs posted near ballot drop boxes at the direction of Ms. Krabach constitute voter intimidation. I find that these signs clearly constitute voter intimidation because of their priming and information (and misinformation) effects. I further conclude that the signs' intimidation effects are likely to fall most acutely on individuals from groups that face disproportionate barriers to voting.

## References

Anderson, Carol. *One person, no vote: How voter suppression is destroying our democracy*. Bloomsbury publishing USA, 2018.

Cady, Ben, and Tom Glazer. "Voters Strike Back: Litigating Against Modern Voter Intimidation." *NYU Rev. L. & Soc. Change* 39 (2015): 173.

Dahl, Robert A. *On political equality*. New Haven: Yale University Press, 2007.

Eggers, Andrew C., Haritz Garro, and Justin Grimmer. "No evidence for systematic voter fraud: A guide to statistical claims about the 2020 election." *Proceedings of the National Academy of Sciences* 118, no. 45 (2021): e2103619118.

Epperly, Brad, Christopher Witko, Ryan Strickler, and Paul White. "Rule by violence, rule by law: Lynching, Jim Crow, and the continuing evolution of voter suppression in the US." *Perspectives on Politics* 18, no. 3 (2020): 756-769.

Feinberg, Ayal, Regina Branton, and Valerie Martinez-Ebers. "The Trump effect: how 2016 campaign rallies explain spikes in hate." *PS: Political Science & Politics* 55, no. 2 (2022): 257-265.

Frye, Timothy, Ora John Reuter, and David Szakonyi. "Hitting them with carrots: Voter intimidation and vote buying in Russia." *British Journal of Political Science* 49, no. 3 (2019): 857-881.

Grumbach, Jacob. *Laboratories against democracy: How national parties transformed state politics*. Princeton, NJ: Princeton University Press, 2022a.

Grumbach, Jacob M. "Laboratories of democratic backsliding." *American Political Science Review*, forthcoming (2022b).

Iyengar, Shanto, Yphtach Lelkes, Matthew Levendusky, Neil Malhotra, and Sean J. Westwood. "The origins and consequences of affective polarization in the United States." *Annual Review of Political Science* 22, no. 1 (2019): 129-146.

Lee, Taeku, and Zoltan L. Hajnal. *Why Americans Don't Join the Party: Race, Immigration, and the Failure (of Political Parties) to Engage the Electorate*. Princeton, NJ: Princeton University Press, 2011.

Meyer, Doug. "Evaluating the severity of hate-motivated violence: Intersectional differences among LGBT hate crime victims." *Sociology* 44, no. 5 (2010): 980-995.

Miller, Lisa L. *The perils of federalism: Race, poverty, and the politics of crime control*. Oxford University Press, 2008.

Panagopoulos, Costas. "Positive social pressure and prosocial motivation: Evidence from a large-scale field experiment on voter mobilization." *Political Psychology* 34, no. 2 (2013): 265-275.

Pettigrew, Stephen. "The racial gap in wait times: why minority precincts are underserved by local election officials." *Political Science Quarterly* 132, no. 3 (2017): 527-547.

Pogarsky, Greg, and Shaina Herman. "Nudging and the choice architecture of offending decisions." *Criminology & Public Policy* 18, no. 4 (2019): 823-839.

Ramakrishnan, S. Karthick. "Democracy in immigrant America." In *Democracy in Immigrant America*. Palo Alto, CA: Stanford University Press, 2022.

Swirsky, Sherry A. "Minority Voter Intimidation: The Problem That Won't Go Away." *Temp. Pol. & Civ. Rts. L. Rev.* 11 (2001): 359.

Teorell, Jan, Daniel Ziblatt, and Fabrice Lehoucq. "An introduction to special issue: the causes and consequences of secret ballot reform." *Comparative Political Studies* 50, no. 5 (2017): 531-554.

Wu, Jennifer, Chenoa Yorgason, Hanna Folsz, Cassandra Handan-Nader, Andrew Myers, Tobias Nowacki, Daniel M. Thompson, Jesse Yoder, and Andrew B. Hall. "Are Dead People Voting By Mail? Evidence From Washington State Administrative Records." (2020). *Working Paper*. https://dthompson.scholar.ss.ucla.edu/wp-content/uploads/sites/19/2020/10/Wu_et_al_Dead_Voting.pdf

Zaller, John R. *The nature and origins of mass opinion*. Cambridge university press, 1992.

Zhang, Emily Rong. "Questioning Questions in the Law of Democracy: What the Debate over Voter ID Laws' Effects Teaches about Asking the Right Questions." *UCLA Law Review* (2022).

# Jacob (Jake) Martín Grumbach

Curriculum Vitae updated September 2022

---

**Contact Information**

131 Gowen Hall
University of Washington
Seattle, WA 98195

grumbach@uw.edu
Website

**Research Interests**

American Politics, Methods (Statistics), Public Policy, Race and Inequality, American Political Development, Federalism, Political Economy

**Academic Appointments**

**University of Washington**

Associate Professor, *Department of Political Science* (2022–)

Director of Washington Institute for the Study of Inequality & Race (WISIR)

Affiliations: Bridges Center for Labor Studies, Center for Statistics and the Social Sciences, Center for Studies in Demography and Ecology

Assistant Professor, *Department of Political Science* (2019–2022)

**Princeton University**

Postdoctoral Fellow, *Center for the Study of Democratic Politics* (2018–2019)

**Education**

**University of California, Berkeley**

Ph.D., *Political Science* (2012–2018)

M.A., *Political Science*

Dissertation: *Polarized Federalism: Activists, Voters, and the Resurgence of State Policy in the U.S.*, winner of the 2019 E.E. Schattschneider Award and the 2019 William Anderson Award

Committee: Paul Pierson and Eric Schickler (co-chairs), Sarah Anzia, Sean Gailmard, Amy Lerman

Fields: American Politics, Methods, Public Policy and Organization

**Columbia University**

B.A., *Political Science* and *History*, (2006–2010)

Honors: *cum laude*, Departmental Honors in Political Science

**Book**

*Laboratories Against Democracy: How National Parties Transformed State Politics*

Princeton University Press, 2022

Reviewed in *Boston Review*; *Democracy Journal*; *Publius: The Journal of Federalism*

**Peer Reviewed Publications**

**Grumbach, Jacob M.**. "Laboratories of Democratic Backsliding. 2022. *American Political Science Review*, forthcoming. Honorable Mention for 2021 APSA Award for Best Paper on Federalism.

**Grumbach, Jacob M.**, Hahrie Han, and Dorian Warren. "Getting Out the Vote in the Projects: Lessons from a Community Organizing Experiment" [Short Article]. 2022. *Politics, Groups, and Identities*, forthcoming.

**Grumbach, Jacob M.** and Charlotte Hill. "Rock the Registration: Same Day Registration Increases Turnout of Young Voters." 2022. *Journal of Politics* 84(1): 405-417.

**Grumbach, Jacob M.**, Alexander Sahn, and Sarah Staszak. "Race, Gender, and Intersectionality in Campaign Finance." 2022. *Political Behavior* 44: 319-340. Winner of the 2019 APSA Award for Best Paper in Race and Ethnic Politics.

Kemp, Blakelee R., **Jacob M. Grumbach**, and Jennifer Karas Montez. "US State Policy Contexts and Physical Health among Midlife Adults." 2022. Socius 8.

Bonica, Adam, **Jacob M. Grumbach**, Charlotte Hill, and Hakeem Jefferson. "All-Mail Voting in Colorado Increases Turnout and Reduces Turnout Inequality." 2021. *Electoral Studies* 72: 102363.

Riley, Alicia R., Daniel Collin, **Jacob M. Grumbach**, Jacqueline M. Torres, and Rita Hamad. 2021. "Association of US State Policy Orientation with Adverse Birth Outcomes: A Longitudinal Analysis." *Journal of Epidemiology & Community Health* 75(7): 689-694.

Frymer, Paul and **Jacob M. Grumbach**. 2021. "Labor Unions and White Racial Politics." *American Journal of Political Science*, 65(1): 225-240.

Montez, Jennifer Karas, Jason Beckfield, Julene Kemp Cooney, **Jacob M. Grumbach**, Mark D. Hayward, Huseyin Zeyd Koytak, Steven H. Woolf, and Anna Zajacova. 2020. "US State Policies, Politics, and Life Expectancy." *The Milbank Quarterly* 98(3): 668–699.

**Grumbach, Jacob M.**, and Alexander Sahn. 2020. "Race and Representation in Campaign Finance." *American Political Science Review*, 114(1): 206-221.

**Grumbach, Jacob M.** 2020. "Interest Group Activists and the Polarization of State Legislatures." *Legislative Studies Quarterly*, 45(1): 5-34.

**Grumbach, Jacob M.** 2018. "From Backwaters to Major Policymakers: Policy Polarization in the States, 1970-2014." *Perspectives on Politics*, 16(2): 416–435.

Elul, Gabrielle, Sean Freeder, and **Jacob M. Grumbach**. 2017. "The Effect of Mandatory Mail Ballot Elections in California." *Election Law Journal*, 16(3): 397–415.

Hecht, Amelie A., **Jacob M. Grumbach**, Karla E. Hampton, Kenneth Hecht, Ellen Braff-Guajardo, Claire D. Brindis, Charles E. McCulloch, and Anisha I. Patel. 2017. "Validation of a Survey to Examine Drinking Water Access, Practices, and Policies in Schools." *Public Health Nutrition* 20(17): 3068–3074.

**Grumbach, Jacob M.** 2015. "Polluting Industries as Climate Protagonists: Cap and Trade and the Problem of Business Preferences." *Business & Politics* 17(4): 633–659.

**Grumbach, Jacob M.** 2015. "Does the American Dream Matter for Members of Congress? Social-Class Backgrounds and Roll-Call Votes." *Political Research Quarterly* 68(2): 306–323.

Patel, Anisha I., Kenneth Hecht, Karla E. Hampton, **Jacob M. Grumbach**, Ellen Braff-Guajardo, and Claire D. Brindis. 2014. "Tapping into Water: Key Considerations for Achieving Excellence in School Drinking Water Access." *American Journal of Public Health* 104(7): 1314–1319.

Patel, Anisha I., Kumar Chandran, Karla E. Hampton, Kenneth Hecht, **Jacob M. Grumbach**, Amanda T. Kimura, Ellen Braff-Guajardo, and Claire D. Brindis. 2012. "Observations of Drinking Water Access in School Food Service Areas Before Implementation of Federal and State School Water Policy, California, 2011." *Preventing Chronic Disease* 9.

EDITOR REVIEWED PUBLICATIONS

Aneja, Abhay, **Jacob M. Grumbach**, and Abby K. Wood. "Financial Inclusion in Politics." 2022. *NYU Law Review* 97(2): 566–630.

**Grumbach, Jacob M.** "The Supreme Court Just Rolled Democracy Back. You Can Measure

How Much." 2022. *Politico*, June 30.

**Grumbach, Jacob M.** and Christopher Warshaw. "Many States with Antiabortion Laws Have Pro-Choice Majorities." 2022. *Washington Post MonkeyCage*, June 25.

**Grumbach, Jacob M.** and Jamila Michener. "American Federalism, Political Inequality, and Democratic Erosion." 2022. *ANNALS of the American Academy of Political and Social Science* 699(1): 143–155.

Collier, Ruth Berins, and **Jacob M. Grumbach**. "The Deep Structure of Democratic Crisis." 2022. *Boston Review*, January 6.

Frymer, Paul, Thomas Ogorzalek, and **Jacob M. Grumbach**. 2022. "Unions Can Help White Workers Become More Racially Tolerant" *The Cambridge Handbook of Labor and Democracy.* Cornell, Angela and Mark Barenberg, Eds.

**Grumbach, Jacob M.**, Jacob S. Hacker, and Paul Pierson. 2021. "The Political Economies of Red States" in *American Political Economy: Politics, Markets, and Power.* Hacker, Jacob S., Alexander Hertel-Fernandez, Paul Pierson, and Kathleen Thelen, Eds.

**Grumbach, Jacob M.** and Eric Schickler. 2021. "In Civil Rights and American Democracy, Congress's Role Looms Large." *The Hill*, August 30.

Hill, Charlotte and **Jacob M. Grumbach**. 2020. "6 Ways Mail-in Ballots are Protected from Fraud." *The Conversation*, September 17.

Frymer, Paul and **Jacob M. Grumbach**. 2020. "The NBA Strike is a Big Moment for Athlete Activism—and the Labor Movement in America." *Vox*, September 4.

Hill, Charlotte, **Jacob M. Grumbach**, Adam Bonica, and Hakeem Jefferson. 2020. "We Should Never Have to Vote in Person Again." *New York Times*, May 4.

**Grumbach, Jacob M.** "Billionaires, Organizations, and Federalism: Developments in the Study of American Inequality." 2019. *Journal of Politics*, 81(4): 73–79.

Hill, Charlotte and **Jacob M. Grumbach**. 2019. "An Excitingly Simple Solution to Youth Turnout, for the Primaries and Beyond." *New York Times*, June 26.

## Working Papers

"Progress or Backlash? The Political Effects of Affirmative Action Enforcement" with Abhay Aneja (under review)

"Are Large Corporations Politically Moderate? Using Money in Politics to Infer the Preferences of Business" with Paul Pierson

"When Governments Learn from Copartisans: Partisan Policy Diffusion," winner of the 2019 APSA Award for Best Paper in Public Policy

"Can Segregated Schools Make Equal Citizens? Southern Education and Black Political Power, 1918-1972" with Omar Wasow

"Testing City Limits: The Rise of Healthy San Francisco"

## Awards and Fellowships

APSA Political Organizations and Parties Emerging Scholar Award, 2021

Center for Congressional and Presidential Studies Award for Best Paper Presented at the New Perspectives in Legislative Studies Conference, "Laboratories of Democratic Backsliding," 2021

Honorable Mention for American Sociology Association Distinguished Contribution to Scholarship in Population Award, 2021

APSA Award for Best Paper in Race and Ethnic Politics (with Alexander Sahn and Sarah Staszak), "Race, Gender, and Intersectionality in Campaign Finance," 2020

Bridges Center for Labor Studies Course Development Grant, 2020

APSA Award for Best Paper in Public Policy, "When Governments only Learn From Co-partisans: Partisan Policy Diffusion," 2019

E.E. Schattschneider Award for Best Dissertation in American Politics, 2019

William Anderson Award for Best Dissertation in Federalism, Intergovernmental Relations, or State and Local Politics, 2019

Ford Foundation Dissertation Fellowship, 2017–2018

APSA Class and Inequality Section Graduate Student Award, 2016

Mike Synar Graduate Research Fellowship, 2015–2016

Outstanding Graduate Student Instructor, 2015–2016

Eugene Cota-Robles Fellowship, 2012–2013

## Teaching

POL284: Introduction to Labor Studies, University of Washington

POL382: State and Local Politics, University of Washington

POL555: State and Local Politics (Graduate), University of Washington

POL501: Quantitative Methods for the Social Sciences I (Graduate), University of Washington

POL503: Quantitative Methods for the Social Sciences II (Graduate), University of Washington

PS1AC: Race, Inequality, and American Politics, UC Berkeley
- Teaching Instructor, American Cultures (AC) Teaching Workshop

HIST102: U.S. History 1865-Present, Prison University Project at San Quentin State Correctional Facility (Patten University)

## Service to Profession

Editorial Board; *Journal of Politics*, 2021-2022

Committee on the Status of Blacks in the Profession, 2022-2025

Nominations Committee; APSA REP Section, 2021-2022

Advisory Board; Washington Institute for the Study of Inequality & Race, 2020-

Award Committee, APSA Political Organizations & Parties Section, 2022

Outreach Coordinator, APSA Class & Inequality Section, 2020-

Award Committee, APSA Federalism Section, 2021

Graduate Student Poster Award Committee; APSA Class & Inequality Section, 2019

Bay Area Graduate Student Fellow; Scholars Strategy Network, 2014–2015

Coordinator, Colloquium on the Study of Race, Ethnicity, and Immigration; Institute of Governmental Studies, UC Berkeley, 2013–2015

Coordinator, Research Workshop in American Politics; Institute of Governmental Studies, UC Berkeley, 2015–2016

**Referee**

*American Journal of Political Science*; *American Political Science Review*; *American Politics Research*; *Business & Politics*; *Demography*; *Educational Researcher*; *Election Law Journal*; *Governance*; *Health and Place*; *Interest Groups & Advocacy*; *Journal of Ethnic and Migration Studies*; *Journal of Health, Politics, Policy and Law*; *Journal of Law, Economics, and Organization*; *Journal of Politics*; *Journal of Public Policy*; *Journal of Race, Ethnicity, and Politics*; *Labor Studies Journal*; *Legislative Studies Quarterly*; *Milbank Quarterly*; *Political Research Quarterly*; *Political Science Quarterly*; *Politics & Society*; *Politics, Groups, and Identities*; *PS: Political Science & Politics*; *Proceedings of the National Academy of Sciences*; *Public Policy and Administration*; *Publius: The Journal of Federalism*; *State Politics & Policy Quarterly*; *Studies in American Political Development*

**Conference Presentations**

American Political Science Association (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022)

Midwest Political Science Association (2015, 2016, 2017, 2018, 2019)

Western Political Science Association (2019, 2022)

**Invited Talks**

**2022:** Harvard Law School Democracy Series; University of Pennsylvania American Politics Workshop; James Madison University Symposium on Teaching and Learning Racial Justice; NYU American Politics Workshop; Boston University Political Science Speaker Series; Stanford Center on Democracy, Development and the Rule of Law; UC Berkeley Research Workshop in American Politics; University of Houston Hobby School of Public Affairs Speaker Series; Western Washington University Sandison Memorial Lecture; Yale American Politics and Policy Workshop

**2021:** Cornell PSAC; University of Michigan Weiser Center for Emerging Democracies; USC Political Institutions & Political Economy Symposium; Vanderbilt American Politics Workshop; UCSD Political Economy Research Seminar; UCLA Race & Ethnic Politics Seminar; Harvard American Politics Workshop

**2020:** Columbia University American Politics Speaker Series; Cornell University American Democracy Collaborative; Duke Race & Ethnic Politics Series; Johns Hopkins University Political Science Seminar; UW Center for the Study of Demography & Ecology; Michigan State Minority Politics Online Seminar Series; American University Political Science Research Seminar; University of Oregon Political Science Research Colloquium; UW Evans School of Public Policy; UW Washington Institute for the Study of Inequality & Race; University of Minnesota American Politics Colloquium; Vote.org Speaker Series; Yale American Politics and Policy Workshop

**2019:** National Institute on Money in Politics (Montana); Scholars Strategy Network Leadership Convening (Washington, D.C.)

**2018:** Oxford University Winant Symposium; UC Berkeley Law and New Political Economy Conference; UC Irvine Money and Politics Conference

**Advising**

Aaron Baker (Honors Thesis), Joe Calodich (Honors Thesis), Crystal Correa (Honors Thesis), Adelle Engmann (Honors Thesis), Megan Erickson (MA), Rachel Fordham (MA), Steven Karceski (PhD Sociology), Sebastian Mayer (PhD), Becca Peach (MA), Jessica Sciarone (MA), Morgan Wack (PhD), Hanjie Wang (PhD), Nicolas Wittstock (PhD)

**Selected Research Assistance**

Thomas Mann, Norman Ornstein, and E.J. Dionne (2017)

Margaret Boittin (2016–2017)

Prison University Project (PI: Amy Lerman and Jody Lewen, 2016)

Vesla Weaver and Amy Lerman (2015)

**Additional Information**

Languages: English, Spanish

Statistical and Programming Languages: *R*, STATA, LaTeX, SPSS, some Python, SQL, and ArcGIS