HONORABLE BARBARA J. ROTHSTEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

## SEATTLE

| | |
|---|---|
| AMBER KRABACH, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY, a local governmental entity, JULIE WISE, in her individual capacity, and in her official capacity as Director of King County Elections; STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington; and JAY INSLEE, in his official capacity as Governor of the State of Washington,<br><br>　　　　　　Defendants. | No. 2:22-cv-01252-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

This matter came before the Court on the date below, upon Plaintiff, AMBER KRABACH's, Unopposed Motion for Extension of Time to Respond to State Defendants' Motion to Dismiss Second Amended Complaint (the "Motion").

The Court having considered the Motion, and record in this matter, and otherwise being fully advised in the premises, HEREBY GRANTS Plaintiff's Motion, and ORDERS that Plaintiff shall file her opposition to the State Defendants' Motion to Dismiss [D.E. 76] on or before May 26, 2023. The State Defendants' reply shall be filed on or before June 9, 2023.

Dated this 2nd day of May, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

No. 2:22-CV-01252-BJR
ORDER GRANTING MOTION
FOR EXTENSION OF TIME          1

1    I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk
2    of the Court using the CM/ECF system, which will send notification of such filing to all
3    counsel/parties of record. I hereby certify that no other parties are to receive notice.
4    Dated: May 2, 2023.

By: _____
Robert A. Bouvatte, Jr., Esq.
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
PH: (904) 505-3175
bob@rbouvattepllc.com
rbouvattelaw@gmail.com

*Counsel for Plaintiff, Amber Krabach*