The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMBER KRABACH, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY, a local government entity; JULIE WISE, in her individual capacity, and in her official capacity as Directory of King County Elections; STEVE HOBBS, in his official capacity as Secretary of State of the State of Washington; and JAY INSLEE, in his official capacity as Governor of the State of Washington,<br><br>    Defendants. | NO. 2:22-cv-01252-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY AND ALL PROCEEDINGS EXCEPT RULING ON PENDING MOTIONS |

This Court has considered the parties' Stipulated Motion to Stay Discovery and All Proceedings Except Ruling on Pending Motions (the "Motion"), the applicable law, and all the papers, pleadings, and records of this Court in this matter. The Court, finding itself fully informed, hereby GRANTS the parties' Motion. All proceedings—except for ruling on the pending motions to dismiss and motion to compel—are hereby STAYED pending a decision by this Court on the State Defendants' and Plaintiff's motions to dismiss, and if necessary, a decision by the Ninth Circuit Court of Appeals on Plaintiff's interlocutory appeal in Case No. 22-35843. The stay will be lifted after the Ninth Circuit issues its decision in the

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
NO. 2:22-cv-01252-BJR

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  interlocutory appeal, if necessary as a result of any claims remaining in the case following this
2  Court's resolution of the pending dispositive motions.
3      Further, the existing Order Setting Trial Dates and Related Dates (Dkt. No. 55) is hereby
4  VACATED. The parties are ORDERED to confer on a proposed new scheduling order to be
5  presented to the Court within fourteen (14) days after the stay is lifted.
6      DATED this 2nd day of May 2023.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ROBERT W. FERGUSON
  *Attorney General*

 *s/ Cristina Sepe*
CRISTINA SEPE, WSBA 53609
KARL D. SMITH, WSBA 41988
  *Deputy Solicitors General*
SARAH E. SMITH, WSBA 55770
  *Assistant Attorney General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Cristina.Sepe@atg.wa.gov
Karl.Smith@atg.wa.gov
Sarah.E.Smith@atg.wa.gov

SUSAN E. LLORENS, WSBA 38049
  *Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Susan.Llorens@atg.wa.gov

*Attorneys for Defendants Secretary of State Steve Hobbs and Governor Jay Inslee*

LEESA MANION (she/her)
  *King County Prosecuting Attorney*

 *s/ David J. Hackett*
DAVID J. HACKETT, WSBA 21236
ANN SUMMERS, WSBA 21509
  *Senior Deputy Prosecuting Attorneys*
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120
David.Hackett@kingcounty.gov
Ann.Summers@kingcounty.gov

*Attorneys for Defendants King County and Julie Wise*

 *s/ Robert A. Bouvatte, Jr.*
ROBERT A. BOUVATTE, JR.,
WSBA 50220
ROBERT A. BOUVATTE, PLLC
Tumwater, WA 98511
bob@rbouvattepllc.com
rbouvattelaw@gmail.com
(904) 505-3175

*Attorney for Plaintiff*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO STAY
NO.  2:22-cv-01252-BJR

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 1st day of May 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
Leena Vanderwood
*Legal Assistant*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY
NO.  2:22-cv-01252-BJR

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200