# KING COUNTY PROSECUTING ATTORNEY'S OFFICE



LEESA MANION (she/her)
PROSECUTING ATTORNEY
701 5th Avenue, Suite 600
Seattle, WA 98104-2385
Tel: (206) 477-1120 • Fax: (206) 296-0191
www.kingcounty.gov/prosecutor

JUSTICE

COMPASSION

PROFESSIONALISM

INTEGRITY

LEADERSHIP

June 9, 2023

The Honorable Barbara J. Rothstein
United States Senior District Judge
William Kenzo Nakamura U.S. Courthouse
700 Stewart Street, Suite 16128
Seattle, WA 98101-9906

***IN RE: Krabach v. King County, et al. – USDC No. 22-cv-01252-BJR***

Dear Judge Rothstein:

We are writing in response to your minute order dated June 5, 2023.  Attached as Exhibit 1 you will find unredacted copies of the documents submitted by Plaintiff as Exhibit 6 to the Declaration of Robert Bouvette In Support of Motion to Compel Discovery (Dkt. 79).  Through this letter, we are openly sharing the unredacted copies with Plaintiff so there is no need for an *in camera* review.

In reviewing these documents, we acknowledge that the redacted sections were not appropriately subject to redaction.[1]  We have taken steps within our office to clarify with our legal services professionals that attorney-client privilege redactions should not be made on documents that are sent to third parties, nor is the fact of consulting with an attorney subject to a redaction under the privilege.  The attorneys are ultimately responsible for compliance with the discovery rules and we apologize for this oversight.

Finally, to clarify, our production of these unredacted communications to third parties does not alter Defendants' opposition to the Motion to Compel Discovery, which seeks to obtain direct email communications between attorneys and clients.

Thank you for your consideration of this matter.

---

[1] It is important to note that these redactions provided no strategic advantage to defendants because Director Wise repeatedly acknowledged in her deposition, consistent with the redactions, that she had sought advice from her attorneys on the issue of plaintiff's signs.

Respectfully,

LEESA MANION
King County Prosecuting Attorney


By:  *s/Ann M. Summers*
ANN M. SUMMERS, WSBA #21509
Senior Deputy Prosecuting Attorney

By:  *s/David Hackett*
DAVID J. HACKETT, WSBA #21236
Special Deputy Prosecuting Attorneys

Attorneys for Defendants
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-8819
ann.summers@kingcounty.gov
mari.isaacson@kingcounty.gov
david.hackett@kingcounty.gov


C:      Robert Alan Bouvatte
        Susan E. Flores
        Christina Sepe
        Karl David Smith
        Susan Elizabeth Smith
        Rupa Bhattacharyya
        Mary McCord
        Zachary J. Pekelis

Exhibit 1

| From: | Wise, Julie [] |
|---|---|
| To: | Mathew@pnwgroup.com [Mathew@pnwgroup.com] |
| CC: | Case, Janice [Janice.Case@kingcounty.gov]; Hampton, Jerelyn [Jerelyn.Hampton@kingcounty.gov]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov] |
| Subject: | Elections Update: Mail, Turnout, Signs & Vote Centers |
| Date: | Friday, July 29, 2022 12:54:56 |
| Attachment 1: | image001.png |
| Attachment 2: | image002.png |
| Attachment 3: | image003.png |
| Attachment 4: | image004.png |
| Attachment 5: | image005.png |
| Attachment 6: | image006.png |

Dear Party Chair,

- **Ballots Mailed.** While some parts of the state are reporting delayed mail delivery we are not seeing that here in King County. As is typical 92.75% of our ballots were delivered by Saturday, July 16 and 99.61% were delivered by Monday, July 18. In other postal news USPS just announced it is creating a new division to handle election mail.
- **Turnout.** Turnout is a little disappointing so far! We're around 70k ballots short of what we'd expected to have received at this point in the election. For comparison, we were at 19% and 20% turnout at this point in the 2018 and 2020 Primary Elections and we're at about 16.5% right now. This could mean either that we'll see a very busy Monday and Election Day or it could mean turnout below our projection of 45%. Anything you can do to help remind your community to vote would be welcome! We've got some social media tools online and you can find detailed return statistics here.
- **Ballot Drop Box Surveillance Signage Update.** I wanted to quickly follow-up on the information I shared last week about the ballot drop box surveillance signs. Following our statement and collaboration with the Prosecuting Attorney's Office and King County Executive and Sheriff's office, our teams have removed a total of 11 signs at ballot drop boxes. We have forwarded pictures and details from each location and all other evidence we have to the assigned investigator from the King County Sheriff's Office as well as the FBI, since this is a federal election. I will continue to keep you posted.
- **Vote Centers Opening.** We'll open our satellite Vote Centers starting tomorrow. In addition to Saturday, they'll also be open Monday, and Election Day. As always, voters can register, update their registration, get a replacement ballot or use an accessible voting unit up until 8 p.m. on Election night.

Please don't hesitate to let me know if you have questions or need additional information!


**Julie Wise**

Director

King County Elections

206-477-4140

http://www.kingcounty.gov/depts/elections.aspx

kingcounty.gov/elections

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fkcelections.com%2F&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cda4c9be473e84287930608da719c361a%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947212972597708%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=3TQzDNWVoPj0DXP4xL%2ByTV2izovyiaH4j1xSEb0kdAg%3D&reserved=0-https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cda4c9be473e84287930608da719c361a%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947212972597708%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=XLtNlWyQbWPJcpOhYPO3X6cpkjtTTeHyd7zWXZPoakE%3D&reserved=0
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.facebook.com%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cda4c9be473e84287930608da719c361a%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947212972597708%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=xjeSvEst2%2BJMJ6W6dW3%2FIkQJm7fGGWm2%2BuA5A8DDqj4%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fkcelections%2F&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cda4c9be473e84287930608da719c361a%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947212972597708%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=6lY3RXVz7iLpC3odJuJuPnjUjEvqL5tl3Mt0%2BT1XcUI%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.snapchat.com%2Fadd%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cda4c9be473e84287930608da719c361a%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947212972597708%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=PP0UOSEdnXv99udXDsUB2KiaXk4DLYQcLOZzhWkngL8%3D&reserved=0



KC - 00216

KC - 00217

KC - 00218

KC - 00219

KC - 00220

| **From:** | Wise, Julie [] |
|---|---|
| **To:** | Coleman, Hillary [hcoleman.ceoc@kingcounty.gov]; Ennis, Carmela [Carmela.Ennis@kingcounty.gov]; Floss, Hanna [Hanna.Floss@kingcounty.gov]; Goff, Tom [Tom.Goff@kingcounty.gov]; Grez, Linda [lgrez.ceoc@kingcounty.gov]; Hartman, Tyson [thartman.CEOC@kingcounty.gov]; Holmes, Stuart [stuart.holmes@sos.wa.gov]; Juarez, Eliseo [ejuarez.ceoc@kingcounty.gov]; Kang, Julie [jukang.ceoc@kingcounty.gov]; Mathew@pnwgroup.com [Mathew@pnwgroup.com]; Maya Manus [mmanus@urbanleague.org]; Morris, Jayson (KCC) [jmorris.ceoc@kingcounty.gov]; Sakahara, Kathy [Kathy.Sakahara@kingcounty.gov]; Santiago Pastrana, Tania [Tania.SantiagoPastrana@kingcounty.gov]; Sullivan, Nanette [nsullivan.ceoc@kingcounty.gov]; Tsao, Stanley [stsao.ceoc@kingcounty.gov]; Vixie, Kyle [kvixie.ceoc@kingcounty.gov] |
| **CC:** | Case, Janice [Janice.Case@kingcounty.gov]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov] |
| **Subject:** | Elections Update: Mail, Turnout, Signs & Vote Centers |
| **Date:** | Friday, July 29, 2022 12:53:40 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

---

Dear CEOC,

- **Ballots Mailed.** While some parts of the state are reporting delayed mail delivery we are not seeing that here in King County. As is typical 92.75% of our ballots were delivered by Saturday, July 16 and 99.61% were delivered by Monday, July 18. In other postal news USPS just announced it is creating a new division to handle election mail.

- **Turnout.** Turnout is a little disappointing so far! We're around 70k ballots short of what we'd expected to have received at this point in the election. For comparison, we were at 19% and 20% turnout at this point in the 2018 and 2020 Primary Elections and we're at about 16.5% right now. This could mean either that we'll see a very busy Monday and Election Day or it could mean turnout below our projection of 45%. Anything you can do to help remind your community to vote would be welcome! We've got some social media tools online and you can find detailed return statistics here.

- **Ballot Drop Box Surveillance Signage Update.** I wanted to quickly follow-up on the information I shared last week about the ballot drop box surveillance signs. Following our statement and collaboration with the Prosecuting Attorney's Office and King County Executive and Sheriff's office, our teams have removed a total of 11 signs at ballot drop boxes. We have forwarded pictures and details from each location and all other evidence we have to the assigned investigator from the King County Sheriff's Office as well as the FBI, since this is a federal election. I will continue to keep you posted.

- **Vote Centers Opening.** We'll open our satellite Vote Centers starting tomorrow. In addition to Saturday, they'll also be open Monday, and Election Day. As always, voters can register, update their registration, get a replacement ballot or use an accessible voting unit up until 8 p.m. on Election night.

Please don't hesitate to let me know if you have questions or need additional information!

**Julie Wise**
Director
King County Elections
206-477-4140

http://www.kingcounty.gov/depts/elections.aspx

| | |
|---|---|
| kingcounty.gov/elections | https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fkcelections.com%2F&data=05%7C01%7CJulie.Wise%40kingcounty.gov%7C1e8aa556d3df4470caa008da718af2b2%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947138839980891%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=2vOtondf%2B7lHP8EZpoyLoEcOA9xKcmxWt40oJhP69Rk%3D&reserved=0 |
| | https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&data=05%7C01%7CJulie.Wise%40kingcounty.gov%7C1e8aa556d3df4470caa008da718af2b2%7Cbae5059a76f049d799672dfe95d69c7%7C0%7C0%7C637947138839980891%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn... |

0%3D%7C3000%7C
%7C%7C&sdata=ihH
%2BilZMlPaA89b%2
BzazWUukhUq6JSH
qmEybl7T%2F73ig%
3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.fac
ebook.com%2Fkcele
cctions&data=05%7C
01%7CJulie.Wise%4
0kingcounty.gov%7
C1e8aa556d3df447
0caa008da718af2b2
%7Cbae5059a76f04
9d7999672dfe95d6
9c7%7C0%7C0%7C6
3794713883998089
1%7CUnknown%7C
TWFpbGZsb3d8eyJ
WIjoiMC4wLjAwMD
AiLCJQIjoiV2luMzIiL
CJBTiI6Ik1haWwiLCJ
XVCI6Mn0%3D%7C3
000%7C%7C%7C&s
data=IVv8Y4Ke0hK
%2F7imub8fAO3Sh2
ZHrJL5KmpJXdIDmB
yc%3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.inst
agram.com%2Fkcele
cctions%2F&data=05
%7C01%7CJulie.Wis
e%40kingcounty.go
v%7C1e8aa556d3df
4470caa008da718af
2b2%7Cbae5059a76
f049d7999672dfe95
d69c7%7C0%7C0%7
C637947138839980
891%7CUnknown%
7CTWFpbGZsb3d8e
yJWIjoiMC4wLjAwM

KC - 00243



DAiLCJQIjoiV2luMzli
LCJBTiI6Ik1haWwiLC
JXVCI6Mn0%3D%7C
3000%7C%7C%7C&s
data=NHM0ymY3Iq
G5U5LD2dz4mYccn
10tOge%2F0J6ruOei
0vE%3D&reserved=
0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.sna
pchat.com%2Fadd%
2Fkcelections&data
=05%7C01%7CJulie.
Wise%40kingcounty
.gov%7C1e8aa556d
3df4470caa008da71
8af2b2%7Cbae5059
a76f049d7999672df
e95d69c7%7C0%7C
0%7C637947138839
980891%7CUnknow
n%7CTWFpbGZsb3d
8eyJWIjoiMC4wLjA
wMDAiLCJQIjoiV2lu
MzliLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D
%7C3000%7C%7C%
7C&sdata=ILt0kPttR
QoPNPHK9aosPLyU
RDPmXyzHe9hZ2LBz
J%2Bw%3D&reserve
d=0



KC - 00245

KC - 00246

KC - 00247

KC - 00248

KC - 00249

KC - 00250

| | |
|---|---|
| **From:** | Wise, Julie [] |
| **To:** | anneudaloy@gmail.com [anneudaloy@gmail.com]; Carrie Barnes [2ndvicechair@kcdems.org]; Hanna Floss [hanna.floss@gmail.com]; Shasti Conrad [shasti.chairkcdems@gmail.com] |
| **CC:** | LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Case, Janice [Janice.Case@kingcounty.gov]; Hampton, Jerelyn [Jerelyn.Hampton@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov] |
| **Subject:** | Elections Update: Unauthorized Ballot Drop Box Signs |
| **Date:** | Tuesday, July 19, 2022 17:47:38 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

Dear Party Chair,

As you have likely seen in the news, there has been a coordinated effort across King County to place &quot;under surveillance&quot; signs at all ballot drop box locations. I have conferred at length with the Prosecuting Attorney's Office and Executive on this matter. Not only are these signs misleading and intimidating, they are illegal. I've directed my team to remove and document them as they find them. I wanted to share the full statement below.

FOR IMMEDIATE RELEASE      July 19, 2022

**King County Elections Calls for Removal of Unauthorized Ballot Drop Box Signs**
As voters began to receive their ballots over the weekend, King County Elections began receiving reports of suspicious and intimidating signs placed near ballot drop boxes, warning voters that the drop box is &#8220;under surveillance.&#8221; The signs feature a QR code for placing &#8220;election incident&#8221; reports. Located around King County, these signs appear to be a targeted effort undertaken by party-affiliated activists to intimidate and dissuade voters from using secure ballot drop boxes.

&#8220;King County Elections will not stand for intimidation or scare tactics. I believe this is a targeted, intentional strategy to intimidate and dissuade voters from using secure ballot drop boxes. My team is not going to stand by and allow any group to seed fear and doubt amongst our residents and voters, especially when they are simply trying to make their voices heard,&#8221; stated King County Elections Director Julie Wise. &#8220;My team will be removing these signs and referring any information about who placed them to the King County Sheriff&#8217;s Office for further investigation.&#8221;

Voter intimidation is outlawed at both the state and federal level. No voter should be discouraged from exercising their constitutional right to vote.   Under state law, it is a crime to intimidate voters in an effort to discourage them from depositing their ballots in a drop box. Under federal law, it is a crime whenever two of more people conspire to prevent or discourage people from exercising their constitutional right to vote. These are serious offenses that impact the heart of our democracy.   Elections will work with appropriate state and federal authorities to ensure that the surveillance signs are fully investigated and that persons posting them are held accountable under the law.

Observers play a key role in maintaining secure and transparent elections. In King County and across Washington State, observers are welcome at drop boxes and are typically

coordinated through the major political parties. Observers are given information about the ballot collection process, so they can know what to look for as the boxes are emptied and closed. However, observers are not allowed to interfere with voters or elections staff, nor can they intimidate or discourage others from exercising their right to vote.

&#8220;There are many ways curious or concerned voters can observe and engage in our electoral process. However, voter intimidation is not one of them. Washington law permits voters to drop off ballots for others.   Signs intended to make voters feel like they are being watched and monitored and violating the law by depositing ballots is voter intimidation, period,&#8221; said King County Prosecuting Attorney Dan Satterberg.

Mathew Patrick Thomas, Chair of the King County Republican Party, has requested that his party&#8217;s members remove and discontinue placement of the signs. Both major political parties are key partners in transparency and observation of elections. King County Elections is deeply grateful for that partnership.

&#8220;King County Elections conducts some of the safest and most secure elections anywhere in our nation, and these intimidation tactics are a direct extension of the anti-democratic rhetoric behind The Big Lie. Voter intimidation is a state and federal crime, and I&#8217;ve directed Sheriff Cole-Tindall to investigate. There is no duty more sacred than protecting the right to vote and our democratic institutions, but today our democracy is under threat from those for whom their own extreme ideology is more important than the nation itself.&#8221;

This type of voter intimidation does not increase security nor provide greater integrity to elections. Drop boxes are constructed of half-inch thick steel, with multiple locking mechanisms, no pry points, fire stops, and are equipped with tamper-evident seals. Bolted into concrete, drop boxes are nearly indestructible and are a safe, convenient, and secure way for voters to return their ballot. All ballots &#8211; whether returned by drop box or mail &#8211; are verified at Elections headquarters in Renton.

&#8220;We thank our voters and observers for bringing this issue to our attention. We truly appreciate the quick action of the King County GOP Chair, Mathew Patrick Thomas. We will continue to work together with voters, party leaders, and others to ensure our elections are accessible, transparent, and secure,&#8221; said Wise.

As always please let me know if you have any questions.

Happy voting,

**Julie Wise**                                    http://www.kingcounty.gov/depts/elections.aspx
Director
King County Elections
206-477-4140

kingcounty.gov/elections   https://kcelections.com/https://twitter.com/kcelections
https://www.facebook.com/kcelections
https://www.instagram.com/kcelections

/
https://www.snapc
hat.com/add/kcelec
tions

KC - 00283



KC - 00284

KC - 00285

KC - 00286

KC - 00287

KC - 00288

KC - 00289

| From: | Wise, Julie |
|---|---|
| To: | Balducci, Claudia; Camenzind, Krista; Cirkovich, Stephanie; Cooper, Adam; Dembowski, Rod; Dunn, Reagan; Eccles, Cody; Fowler, Jonathan; Gill, Karan; Goff, Tom; Hollingshead, Libby; Hsu, Sherrie; Kohl-Welles, Jeanne; Lahmann, Grant; Lewis, Rhonda; Logsdon, Kristina; McDermott, Joe; Muhm, Jeff; Perry, Sarah; Smith, Sara; Upthegrove, Dave; von Reichbauer, Pete; Weihe, Janine; Zahilay, Girmay |
| Cc: | LeVan Hodson, Kendall; Case, Janice; Soliz, Kathy |
| Subject: | Elections Update: Unauthorized Ballot Drop Box Signs |
| Date: | Tuesday, July 19, 2022 5:44:08 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Dear Councilmembers,

As you have likely seen in the news, there has been a coordinated effort across King County to place "under surveillance" signs at all ballot drop box locations. I have conferred at length with the Prosecuting Attorney's Office and Executive on this matter. Not only are these signs misleading and intimidating, they are illegal. I've directed my team to remove and document them as they find them. I wanted to share the full statement below.

FOR IMMEDIATE RELEASE    July 19, 2022

**King County Elections Calls for Removal of Unauthorized Ballot Drop Box Signs**
As voters began to receive their ballots over the weekend, King County Elections began receiving reports of suspicious and intimidating signs placed near ballot drop boxes, warning voters that the drop box is "under surveillance." The signs feature a QR code for placing "election incident" reports. Located around King County, these signs appear to be a targeted effort undertaken by party-affiliated activists to intimidate and dissuade voters from using secure ballot drop boxes.

"King County Elections will not stand for intimidation or scare tactics. I believe this is a targeted, intentional strategy to intimidate and dissuade voters from using secure ballot drop boxes. My team is not going to stand by and allow any group to seed fear and doubt amongst our residents and voters, especially when they are simply trying to make their voices heard," stated King County Elections Director Julie Wise. "My team will be removing these signs and referring any information about who placed them to the King County Sheriff's Office for further investigation."

Voter intimidation is outlawed at both the state and federal level. No voter should be discouraged from exercising their constitutional right to vote.  Under state law, it is a crime to intimidate voters in an effort to discourage them from depositing their ballots in a drop box. Under federal law, it is a crime whenever two of more people conspire to prevent or discourage people from exercising their constitutional right to vote. These are serious offenses that impact the heart of our democracy.  Elections will work with appropriate state and federal authorities to ensure that the surveillance signs are fully investigated and that persons posting them are held accountable under the law.

Observers play a key role in maintaining secure and transparent elections. In King County and across Washington State, observers are welcome at drop boxes and are typically coordinated through the major political parties. Observers are given information about the ballot collection process, so they can know what to look for as the boxes are emptied and closed. However, observers are not allowed to interfere with voters or elections staff, nor can they intimidate or discourage others from exercising their right to vote.

"There are many ways curious or concerned voters can observe and engage in our electoral process. However, voter intimidation is not one of them. Washington law permits voters to drop off ballots for others.  Signs intended to make voters feel like they are being watched and monitored and violating the law by depositing ballots is voter intimidation, period," said King County Prosecuting Attorney Dan Satterberg.

Mathew Patrick Thomas, Chair of the King County Republican Party, has requested that his party's members remove and discontinue placement of the signs. Both major political parties are key partners in transparency and observation of elections. King County Elections is deeply grateful for that partnership.

"King County Elections conducts some of the safest and most secure elections anywhere in our nation, and these intimidation tactics are a direct extension of the anti-democratic rhetoric behind The Big Lie. Voter intimidation is a state and federal crime, and I've directed Sheriff Cole-Tindall to investigate. There is no duty more sacred than protecting the right to vote and our democratic institutions, but today our democracy is under threat from those for whom their own extreme ideology is more important than the nation itself."

This type of voter intimidation does not increase security nor provide greater integrity to elections. Drop boxes are constructed of half-inch thick steel, with multiple locking mechanisms, no pry points, fire stops, and are equipped with tamper-evident seals. Bolted into concrete, drop boxes are nearly indestructible and are a safe, convenient, and secure way for voters to return their ballot. All ballots – whether returned by drop box or mail – are verified at Elections headquarters in Renton.

"We thank our voters and observers for bringing this issue to our attention. We truly appreciate the quick action of the King County GOP Chair, Mathew Patrick Thomas. We will continue to work together with voters, party leaders, and others to ensure our elections are accessible, transparent, and secure," said Wise.

As always please let me know if you have any questions.

Happy voting,
**Julie Wise**
Director
King County Elections
206-477-4140
kingcounty.gov/elections

| | |
|---|---|
| **From:** | Wise, Julie [] |
| **To:** | ADAMS - Heidi Hunt [heidih@co.adams.wa.us]; ASOTIN - Darla McKay [dmckay@co.asotin.wa.us]; BENTON - Brenda Chilton [brenda.chilton@co.benton.wa.us]; CHELAN - Skip Moore [skip.moore@co.chelan.wa.us]; CLALLAM - Shoona Riggs [sriggs@co.clallam.wa.us]; CLARK - Greg Kimsey [greg.kimsey@clark.wa.gov]; COLUMBIA - Anne Higgins [anne_higgins@co.columbia.wa.us]; COWLITZ - Carolyn Fundingsland [fundingslandc@co.cowlitz.wa.us]; Diana Bradrick [dbradric@co.whatcom.wa.us]; DOUGLAS - Thad Duvall [tduvall@co.douglas.wa.us]; FERRY - Dianna Galvan [auditor@co.ferry.wa.us]; FRANKLIN - Matt Beaton [mbeaton@co.franklin.wa.us]; GARFIELD - Donna Deal [ddeal@co.garfield.wa.us]; Garth Fell [Garth.Fell@co.snohomish.wa.us]; GRANT - Michelle Jaderlund [mjaderlund@grantcountywa.gov]; GRAYS HARBOR - Joe MacLean [jmaclean@co.grays-harbor.wa.us]; ISLAND - Sheilah Crider [s.crider@co.island.wa.us]; JEFFERSON - Rose Ann Carroll [racarroll@co.jefferson.wa.us]; KITSAP - Paul Andrews [pandrews@co.kitsap.wa.us]; KITTITAS - Jerry Pettit [jerry.pettit@co.kittitas.wa.us]; KLICKITAT - Brenda Sorensen [brendas@co.klickitat.wa.us]; LEWIS - Larry Grove [larry.grove@lewiscountywa.gov]; LINCOLN - Chandra Schumacher [cschumacher@co.lincoln.wa.us]; MASON - Paddy McGuire [pmcguire@co.mason.wa.us]; OKANOGAN - Cari Hall [chall@co.okanogan.wa.us]; PACIFIC - Joyce Kidd [jkidd@co.pacific.wa.us]; PEND OREILLE - Marianne Nichols [mnichols@pendoreille.org]; PIERCE - Julie Anderson [jander7@co.pierce.wa.us]; SAN JUAN - Milene Henley [mileneh@sanjuanco.com]; SKAGIT - Sandy Perkins [sandyp@co.skagit.wa.us]; SKAMANIA - Robert Waymire [rwaymire@co.skamania.wa.us]; SPOKANE - Vicky Dalton [vdalton@spokanecounty.org]; STEVENS - Lori Larsen [llarsen@stevenscountywa.gov]; THURSTON - Mary Hall [hallm@co.thurston.wa.us]; WAHKIAKUM - Nicci Bergseng [bergsengn@co.wahkiakum.wa.us]; WALLA WALLA - Karen Martin [kmmartin@co.walla-walla.wa.us]; WHITMAN - Sandy Jamison [sandy.jamison@co.whitman.wa.us]; YAKIMA - Charles Ross [charles.ross@co.yakima.wa.us]; McMahan, Kevin [kevin.mcmahan@sos.wa.gov]; Holmes, Stuart [stuart.holmes@sos.wa.gov] [stuart.holmes@sos.wa.gov]; Elliott, David [david.elliott@sos.wa.gov]; trova.ohefferan@sos.wa.gov [trova.ohefferan@sos.wa.gov]; Steve.Hobbs@sos.wa.gov [Steve.Hobbs@sos.wa.gov] |
| **Subject:** | Unauthorized Ballot Drop Box Signs |
| **Date:** | Tuesday, July 19, 2022 17:51:50 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

---

Dear Auditors and OSOS Partners,

As you have likely seen in the news, there has been a coordinated effort across King County to place &quot;under surveillance&quot; signs at all ballot drop box locations. I have conferred at length with our Prosecuting Attorney's Office and Executive on this matter. Not only are these signs misleading and intimidating, they are illegal. I've directed my team to remove and document them as they find them. I wanted to share the full statement below.

FOR IMMEDIATE RELEASE     July 19, 2022

**King County Elections Calls for Removal of Unauthorized Ballot Drop Box Signs**
As voters began to receive their ballots over the weekend, King County Elections began receiving reports of suspicious and intimidating signs placed near ballot drop boxes, warning voters that the drop box is &#8220;under surveillance.&#8221; The signs feature a QR code for placing &#8220;election incident&#8221; reports. Located around King County, these signs appear to be a targeted effort undertaken by party-affiliated activists to intimidate and dissuade voters from using secure ballot drop boxes.

&#8220;King County Elections will not stand for intimidation or scare tactics. I believe this is a targeted, intentional strategy to intimidate and dissuade voters from using secure ballot drop boxes. My team is not going to stand by and allow any group to seed fear and doubt amongst our residents and voters, especially when they are simply trying to make their

voices heard," stated King County Elections Director Julie Wise. "My team will be removing these signs and referring any information about who placed them to the King County Sheriff's Office for further investigation."

Voter intimidation is outlawed at both the state and federal level. No voter should be discouraged from exercising their constitutional right to vote.   Under state law, it is a crime to intimidate voters in an effort to discourage them from depositing their ballots in a drop box. Under federal law, it is a crime whenever two of more people conspire to prevent or discourage people from exercising their constitutional right to vote. These are serious offenses that impact the heart of our democracy.   Elections will work with appropriate state and federal authorities to ensure that the surveillance signs are fully investigated and that persons posting them are held accountable under the law.

Observers play a key role in maintaining secure and transparent elections. In King County and across Washington State, observers are welcome at drop boxes and are typically coordinated through the major political parties. Observers are given information about the ballot collection process, so they can know what to look for as the boxes are emptied and closed. However, observers are not allowed to interfere with voters or elections staff, nor can they intimidate or discourage others from exercising their right to vote.

"There are many ways curious or concerned voters can observe and engage in our electoral process. However, voter intimidation is not one of them. Washington law permits voters to drop off ballots for others.   Signs intended to make voters feel like they are being watched and monitored and violating the law by depositing ballots is voter intimidation, period," said King County Prosecuting Attorney Dan Satterberg.

Mathew Patrick Thomas, Chair of the King County Republican Party, has requested that his party's members remove and discontinue placement of the signs. Both major political parties are key partners in transparency and observation of elections. King County Elections is deeply grateful for that partnership.

"King County Elections conducts some of the safest and most secure elections anywhere in our nation, and these intimidation tactics are a direct extension of the anti-democratic rhetoric behind The Big Lie. Voter intimidation is a state and federal crime, and I've directed Sheriff Cole-Tindall to investigate. There is no duty more sacred than protecting the right to vote and our democratic institutions, but today our democracy is under threat from those for whom their own extreme ideology is more important than the nation itself."

This type of voter intimidation does not increase security nor provide greater integrity to elections. Drop boxes are constructed of half-inch thick steel, with multiple locking mechanisms, no pry points, fire stops, and are equipped with tamper-evident seals. Bolted into concrete, drop boxes are nearly indestructible and are a safe, convenient, and secure way for voters to return their ballot. All ballots – whether returned by drop box or mail – are verified at Elections headquarters in Renton.

"We thank our voters and observers for bringing this issue to our attention. We truly appreciate the quick action of the King County GOP Chair, Mathew Patrick Thomas. We will continue to work together with voters, party leaders, and others to ensure our elections are accessible, transparent, and secure," said Wise.

As always please let me know if you have any questions.

Happy voting,

**Julie Wise**                                    http://www.kingcounty.gov/depts/elections.aspx
Director
King County Elections
206-477-4140

kingcounty.gov/elections    https://kcelections.com/ https://twitter.com/kcelections
https://www.facebook.com/kcelections
https://www.instagram.com/kcelections/
https://www.snapchat.com/add/kcelections



KC - 01346

KC - 01347

KC - 01348

KC - 01349

KC - 01350

**From:**       Hanna [hanna.floss@gmail.com]
**To:**         Wise, Julie [Julie.Wise@kingcounty.gov]
**CC:**         anneudaloy@gmail.com [anneudaloy@gmail.com]; Carrie Barnes [2ndvicechair@kcdems.org]; Shasti
Conrad [shasti.chairkcdems@gmail.com]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Case, Janice
[Janice.Case@kingcounty.gov]; Hampton, Jerelyn [Jerelyn.Hampton@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov]
**Subject:**    Re: Elections Update: Unauthorized Ballot Drop Box Signs
**Date:**       Tuesday, July 19, 2022 18:48:54
**Attachment 1:**    image001.png
**Attachment 2:**    image002.png
**Attachment 3:**    image003.png
**Attachment 4:**    image004.png
**Attachment 5:**    image005.png
**Attachment 6:**    image006.png

---

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of
phishing attempts. Do not click or open suspicious links or attachments.

Thanks for this, Julie.   If you need it, I have screen shots of the signup genius they were
using to put those signs up, as well as the message posting about the plan. I imagine
you already have that though.
I also heard that the L&A was interesting today with many people attending with a very
firm pre-conceived skepticism about the tabulation system.
Kudos to you and your staff for always keeping your cool.
-Hanna

Sent from my iPhone

On Jul 19, 2022, at 5:47 PM, Wise, Julie <Julie.Wise@kingcounty.gov> wrote:

Dear Party Chair,

As you have likely seen in the news, there has been a coordinated effort across King County
to place "under surveillance" signs at all ballot drop box locations. I have conferred at length
with the Prosecuting Attorney's Office and Executive on this matter. Not only are these
signs misleading and intimidating, they are illegal. I've directed my team to remove and
document them as they find them. I wanted to share the full statement below.

FOR IMMEDIATE RELEASE    July 19, 2022

**KC - 01440**

**King County Elections Calls for Removal of Unauthorized Ballot Drop Box Signs**

As voters began to receive their ballots over the weekend, King County Elections began receiving reports of suspicious and intimidating signs placed near ballot drop boxes, warning voters that the drop box is "under surveillance." The signs feature a QR code for placing "election incident" reports. Located around King County, these signs appear to be a targeted effort undertaken by party-affiliated activists to intimidate and dissuade voters from using secure ballot drop boxes.

"King County Elections will not stand for intimidation or scare tactics. I believe this is a targeted, intentional strategy to intimidate and dissuade voters from using secure ballot drop boxes. My team is not going to stand by and allow any group to seed fear and doubt amongst our residents and voters, especially when they are simply trying to make their voices heard," stated King County Elections Director Julie Wise. "My team will be removing these signs and referring any information about who placed them to the King County Sheriff's Office for further investigation."

Voter intimidation is outlawed at both the state and federal level. No voter should be discouraged from exercising their constitutional right to vote.   Under state law, it is a crime to intimidate voters in an effort to discourage them from depositing their ballots in a drop box. Under federal law, it is a crime whenever two of more people conspire to prevent or discourage people from exercising their constitutional right to vote. These are serious offenses that impact the heart of our democracy.   Elections will work with appropriate state and federal authorities to ensure that the surveillance signs are fully investigated and that persons posting them are held accountable under the law.

Observers play a key role in maintaining secure and transparent elections. In King County and across Washington State, observers are welcome at drop boxes and are typically coordinated through the major political parties. Observers are given information about the ballot collection process, so they can know what to look for as the boxes are emptied and closed. However, observers are not allowed to interfere with voters or elections staff, nor can they intimidate or discourage others from exercising their right to vote.

"There are many ways curious or concerned voters can observe and engage in our electoral process. However, voter intimidation is not one of them. Washington law permits voters to drop off ballots for others.   Signs intended to make voters feel like they are being watched and monitored and violating the law by depositing ballots is voter intimidation, period," said King County Prosecuting Attorney Dan Satterberg.

Mathew Patrick Thomas, Chair of the King County Republican Party, has requested that his party's members remove and discontinue placement of the signs. Both major political parties are key partners in transparency and observation of elections. King County Elections is deeply grateful for that partnership.

"King County Elections conducts some of the safest and most secure elections anywhere in our nation, and these intimidation tactics are a direct extension of the anti-democratic rhetoric behind The Big Lie. Voter intimidation is a state and federal crime, and I've directed Sheriff Cole-Tindall to investigate. There is no duty more sacred than protecting the right to vote and our democratic institutions, but today our democracy is under threat from those for whom their own extreme ideology is more important than the nation itself."

This type of voter intimidation does not increase security nor provide greater integrity to elections. Drop boxes are constructed of half-inch thick steel, with multiple locking mechanisms, no pry points, fire stops, and are equipped with tamper-evident seals. Bolted into concrete, drop boxes are nearly indestructible and are a safe, convenient, and secure way for voters to return their ballot. All ballots – whether returned by drop box or mail – are verified at Elections headquarters in Renton.

"We thank our voters and observers for bringing this issue to our attention. We truly appreciate the quick action of the King County GOP Chair, Mathew Patrick Thomas. We will continue to work together with voters, party leaders, and others to ensure our elections are accessible, transparent, and secure," said Wise.

As always please let me know if you have any questions.

Happy voting,

**Julie Wise**

Director

King County Elections

206-477-4140

http://www.kingcounty.gov/depts/elections.aspx

kingcounty.gov/elections

https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fkcelections.com%2F&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cb2f523269b1c40959b8808da69f202a6%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637938785412954919%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=Kl1H0E6QX1en3cVN6Fof5KhIci52n0Id5gq8RfCmiOI%3D&reserved=0https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cb2f523269b1c40959b8808da69f202a6%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637938785412954919%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=xpKWYIAKAx7moiFUcvt2v%2BYIur89xGynCptzalqTCH0%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2Fwww.facebook.com%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cb2f523269b1c40959b8808da69f202a6%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637938785412954919%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=mqqi%2Fl7qT3iBk4cQW%2F0eteQHugnqMcoqpmzMIScsm48%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fkcelections%2F&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cb2f523269b1c40959b8808da69f202a6%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637938785412954919%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=WMvRD3Kb66DP8wGnArbwJJjeww9OWIKAxNRwNdrbao8%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.snapchat.com%2Fadd%2Fkcelections&data=05%7C01%7CJanice.Case%40kingcounty.gov%7Cb2f523269b1c40959b8808da69f202a6%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637938785412954919%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=rQt5Y9UhysePMCXUx0aF4Neuz6X3291RFE0TDbAxVs8%3D&reserved=0



KC - 01444

KC - 01445

KC - 01446

KC - 01447

KC - 01448

KC - 01449

**From:**                Watkins, Halei []
**To:**                   Thomas, Elle (CMG-Seattle) [ethomas@kiro7.com]
**CC:**                  LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Hudak, Courtney
[cohudak@kingcounty.gov]
**Subject:**           RE: KIRO7 News Inquiry ASAP
**Date:**              Monday, July 18, 2022 14:20:06
**Attachment 1:**    image001.png
**Attachment 2:**    image002.png
**Attachment 3:**    image003.png
**Attachment 4:**    image004.png

---

Hi Elle,


Thanks so much for reaching out! We are booked up this afternoon and awaiting some legal advice on the matter so hopefully the below is helpful for now:


We have received reports of these signs around some of our drop boxes, and we have flagged the issue for a legal review by our attorneys in the Prosecuting Attorney's Office. Our team is keeping an eye on the situation, and for anything else out of the ordinary out at boxes. Once we hear back on the legal perspective, we'll be able to determine next steps.


Drop boxes are a secure and convenient way for our voters to return their ballots back to us, and our teams are out there daily emptying drop boxes to get ballots back to our facility and started in processing.


Thanks!


**Halei Watkins**

**Pronouns (she/her)**

Communications Officer

King County Elections

O: 206-263-4096

C: 206-200-0036

http://www.kingcounty.gov/depts/elections.aspx

kingcounty.gov/elections

-https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&dat
a=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7C3eac04681835456405db08da69034991%7
Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937760078920899%7CUnknown%7CTWFpb
GZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7
C%7C&sdata=eI%2F5hUTtMTsBr02Q8WS6D1Gqeyta1LQRerB4672jipQ%3D&reserved=0
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.facebook.com%2Fkcelectio
ns&data=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7C3eac04681835456405db08da6903
4991%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937760078920899%7CUnknown%7C
TWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000
%7C%7C%7C&sdata=zBgLW8%2FBIZLsFAq487bsUqCZs7O8QTW2rxJkYSNZwSM%3D&reserved=0 https:/
/gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fkcelections%2F
&data=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7C3eac04681835456405db08da690349
91%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937760078920899%7CUnknown%7CT
WFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%
7C%7C%7C&sdata=M8jZr6lgOn5HyOnQxy9qPenIum4sAYoZm6A4vtSLdwk%3D&reserved=0

**From:** Thomas, Elle (CMG-Seattle) <ethomas@kiro7.com>
**Sent:** Monday, July 18, 2022 1:38 PM
**To:** Elections Media Line <MediaLine.Elections@kingcounty.gov>; Watkins, Halei
<hawatkins@kingcounty.gov>; LeVan Hodson, Kendall
<Kendall.LeVanHodson@kingcounty.gov>
**Subject:** KIRO7 News Inquiry ASAP

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of
phishing attempts. Do not click or open suspicious links or attachments.

Hello,

My name is Elle Thomas, I am a reporter with KIRO7 news. We received word of a

number of signs that are popping up near ballot drop box locations around Puget Sound that are encouraging voters to report any suspicious activity, and state that the boxes are under surveillance.

Wondering if King County Elections has received word of these boxes, if it is legal to monitor a ballot drop box, and if anything is being done about the signs (or maybe doesn't need to be done).

This story is set to air during our evening newscasts tonight – we are hoping to speak with someone via Zoom or receive a statement by 3 p.m.

Thank you for your time,

Elle Thomas

*Anchor/Reporter*

*ethomas@kiro7.com*

*Call/text: 206-718-9620*



KC - 01463

KC - 01464

KC - 01465

KC - 01466

**From:**        Watkins, Halei []
**To:**          Will Casey [wcasey@thestranger.com]
**CC:**          Hudak, Courtney [cohudak@kingcounty.gov]; LeVan Hodson, Kendall
[Kendall.LeVanHodson@kingcounty.gov]
**Subject:**     RE: Media inquiry for today re: drop boxes
**Date:**        Monday, July 18, 2022 14:06:32
**Attachment 1:** image001.png
**Attachment 2:** image002.png
**Attachment 3:** image003.png
**Attachment 4:** image004.png

---

Hi Will,


Thanks for reaching out! We have received some reports of this site and of signs placed near
some drop boxes saying that the box is "under surveillance." We've asked our attorneys for a
legal review to determine next steps on those signs and related efforts. In the meantime, here
are a few helpful things for folks to know:


·   In Washington, it is legal to return ballots for others. There are no laws on the books stopping
voters collecting and returning others' ballots. In general, we have found voters to be very
suspicious about handing over their ballot to just about anyone outside of their own household.

·   What's also important to know is that, even if someone did put a fraudulent ballot in a drop
box – or mailbox for that matter – our security features come into play after that ballot is
collected.

•        Each and every returned ballot is matched to a unique voter ID number so our
system only ever allows us to accept one ballot per registered voter.

•        Human beings verify the voter's signature on every single return envelope. Ballots
aren't even opened until we have verified that the registered voter is the one who voted their
ballot.

•        Voters are also able to track their ballot to know exactly where it is in the
process.

•        If someone were to put invalid ballots into a drop box, those ballots would never
be accepted or counted. The same is true for any invalid ballots sent through USPS.

·   Our drop boxes are tamper-proof and virtually indestructible. Weighing-in at over 1,000
pounds and bolted to the ground, they are also equipped with many different security features
including fire stops, multiple locking mechanisms, and tamper-evident seals that are logged and

inspected each time the box is emptied by our trained staff.

·   We are confident that between our ballot processing practices and drop box security measures, any attempts at submitting fraudulent ballots would be identified, rejected and referred to the appropriate authorities.

·   Our advice to voters is to never give your ballot to someone you don't know and trust, and to always track your ballot to ensure it was received and counted. And we've seen in every election, from local specials to Presidential elections, that our voters take their right to vote very seriously and are not willing to just hand that ballot over to anyone.

Don't hesitate to let me know if you have any other questions!

Thanks,

**Halei Watkins**

**Pronouns (she/her)**

Communications Officer

King County Elections

O: 206-263-4096

C: 206-200-0036

http://www.kingcounty.gov/depts/elections.aspx

kingcounty.gov/elections

-https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&data=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7Cab72bd5103604be3458a08da69016462%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937751942043343%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=pP9mSSetIR3d%2FWyYlswZ4AuULFClxtf98w1iLg362jQ%3D&reserved=0
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.facebook.com%2Fkcelections&data=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7Cab72bd5103604be3458a08da69016462%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937751942043343%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=D8dRHYpTu9%2F27u9DFW381Iqzp92WvQuuYVjU4BD3Hyg%3D&reserved=0 https:

//gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.instagram.com%2Fkcelections%2
F&data=05%7C01%7CKendall.LeVanHodson%40kingcounty.gov%7Cab72bd5103604be3458a08da69016
462%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637937751942043343%7CUnknown%7CT
WFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%
7C%7C%7C&sdata=YgM8LFDPCFkSeeKZ7oZbUN1JmxbDb0lEaDY73rM2dXQ%3D&reserved=0

**From:** Will Casey <wcasey@thestranger.com>
**Sent:** Monday, July 18, 2022 1:20 PM
**To:** Watkins, Halei <hawatkins@kingcounty.gov>
**Subject:** Media inquiry for today re: drop boxes

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of
phishing attempts. Do not click or open suspicious links or attachments.

Hi Halei,

The volunteer who alerted me to this site says your office is already aware of its
existence, so hopefully this is a pretty easy issue to provide comment on. I'm working
up a short story this afternoon on why "drop box watching" is nonsense — can your
office provide comment on how the boxes are already secure and anything else related
to this you think the public needs to know?

I'm hoping to get this up as soon as possible this afternoon, given that folks are visiting
the drop boxes now and I got a couple of tips about yard signs recruiting people to sign
up this morning.

Thanks,

Will Casey
Law & Justice Reporter | The Stranger
wcasey@thestranger.com
c: 407-493-8422

@willjcasey

KC - 01470



KC - 01471

KC - 01472

KC - 01473

KC - 01474

| | |
|---|---|
| **From:** | LeVan Hodson, Kendall [] |
| **To:** | Austin Jenkins [austin@nwnewsnetwork.org] |
| **CC:** | Derek Wang [djwang@kuow.org]; Watkins, Halei [hawatkins@kingcounty.gov] |
| **Subject:** | RE: Touching base |
| **Date:** | Tuesday, July 19, 2022 20:17:45 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

Hi Austin,


I'm really sorry about that. I'd assumed you were part of our media distribution list (obviously erroneously). We'll make sure to get you added going forward.


Kendall


**Kendall Hodson** (she/her)

Chief of Staff

King County Elections

206-263-9706


kingcounty.gov/elections

-




**From:** Austin Jenkins <austin@nwnewsnetwork.org>

**Sent:** Tuesday, July 19, 2022 7:12 PM
**To:** LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov>
**Cc:** Derek Wang <djwang@kuow.org>; Watkins, Halei <hawatkins@kingcounty.gov>
**Subject:** Re: Touching base


[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hello,


I am seeing that you issued a statement tonight about the ballot box surveillance, but I didn't receive it … despite my request to be kept in the loop. Frustrating.


Austin


On Mon, Jul 18, 2022 at 4:31 PM LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov> wrote:

> Hi Austin,
>
>
> Not yet! But if it's helpful, below is where we are at:
>
>
> We have received reports of these signs around some of our drop boxes and appreciate folks letting us know. We absolutely want people to have confidence when voting and be able to drop their ballot off without feeling intimidated. We have asked our counsel in the Prosecuting Attorney's Office for advice and our team is keeping an eye on the situation and for anything else out-of-the-ordinary out at ballot drop boxes.
>
>
> Drop boxes are a secure and convenient way for our voters to return their ballot and our teams are out there daily picking-up ballots and bringing them back to our headquarters in Renton. Voters should have complete confidence in returning their

ballot to a drop box.


Kendall



And some other basic drop box info, in case it's helpful:


- In Washington, it is legal to return ballots for others. There are no laws on the books stopping voters collecting and returning others' ballots. In general, we have found voters to be very suspicious about handing over their ballot to just about anyone outside of their own household.

  - What's also important to know is that, even if someone did put a fraudulent ballot in a drop box – or mailbox for that matter – our security features come into play after that ballot is collected.

- Each and every returned ballot is matched to a unique voter ID number so our system only ever allows us to accept one ballot per registered voter.
- Human beings verify the voter's signature on every single return envelope. Ballots aren't even opened until we have verified that the registered voter is the one who voted their ballot.
- Voters are also able to track their ballot to know exactly where it is in the process.
- If someone were to put invalid ballots into a drop box, those ballots would never be accepted or counted. The same is true for any invalid ballots sent through USPS.

  - Our drop boxes are tamper-proof and virtually indestructible. Weighing-in at over 1,000 pounds and bolted to the ground, they are also equipped with many different security features including fire stops, multiple locking mechanisms, and tamper-evident seals that are logged and inspected each time the box is emptied by our trained staff.
  - We are confident that between our ballot processing practices and drop box security measures, any attempts at submitting fraudulent ballots would be identified, rejected and referred to the appropriate authorities.
  - Our advice to voters is to never give your ballot to someone you don't know and trust, and to always track your ballot to ensure it was received and counted. And we've seen in every election, from local specials to Presidential elections, that our voters take their right to vote very seriously and are not

willing to just hand that ballot over to anyone.

**From:** Austin Jenkins <austin@nwnewsnetwork.org>
**Sent:** Monday, July 18, 2022 4:16 PM
**To:** LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov>
**Subject:** Re: Touching base

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hi Kendall,

Any update?

Thanks,

Austin

On Mon, Jul 18, 2022 at 1:58 PM LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov> wrote:

> Hi Austin,

> What's your deadline for this? We are in the process of getting some advice from our Prosecuting Attorney and the AG's office on this, which would be great to include, but happy to get you a statement sooner if you need it.

> Kendall

**From:** Austin Jenkins <austin@nwnewsnetwork.org>
**Sent:** Monday, July 18, 2022 1:32 PM
**To:** LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov>
**Subject:** Re: Touching base

[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hi Kendall

I'm doing a radio story on the Drop Box Watch program and wondering if you or Halei could send me a quick statement about this effort?

Many thanks

Austin

On Thu, Jul 14, 2022 at 3:15 PM LeVan Hodson, Kendall <Kendall.LeVanHodson@kingcounty.gov> wrote:

> Hey Austin!

> Halei's offsite at a ballot drop box ribbon cutting but I'm happy to chat this afternoon. Feel free to give me a call at 206-263-9706 whenever is convenient.

> Kendall

**Kendall Hodson** (she/her)

Chief of Staff

King County Elections

206-263-9706

kingcounty.gov/elections

-

---

**From:** Austin Jenkins <austin@nwnewsnetwork.org>
**Sent:** Thursday, July 14, 2022 2:48:55 PM
**To:** Watkins, Halei <hawatkins@kingcounty.gov>
**Subject:** Touching base


[EXTERNAL Email Notice! ] External communication is important to us. Be cautious of phishing attempts. Do not click or open suspicious links or attachments.

Hi Halei,


Austin Jenkins with public radio here. Any chance you have time for a short phone call this afternoon?

Austin


--

Austin Jenkins (he/him)

Olympia Correspondent

Public Radio NW News Network

416 Sid Snyder Ave SW

Suite 102

Olympia WA 98504

www.nwnewsnetwork.org


--

Austin Jenkins
Olympia Correspondent
NW News Network

--

Austin Jenkins
Olympia Correspondent
NW News Network



KC - 01495

KC - 01496

KC - 01497

KC - 01498

KC - 01499

KC - 01500

**From:**  Wise, Julie []
**To:**  Coleman, Hillary [hcoleman.ceoc@kingcounty.gov]; Ennis, Carmela [Carmela.Ennis@kingcounty.gov]; Floss, Hanna [Hanna.Floss@kingcounty.gov]; Goff, Tom [Tom.Goff@kingcounty.gov]; Grez, Linda [lgrez.ceoc@kingcounty.gov]; Hartman, Tyson [thartman.CEOC@kingcounty.gov]; Holmes, Stuart [stuart.holmes@sos.wa.gov]; Juarez, Eliseo [ejuarez.ceoc@kingcounty.gov]; Kang, Julie [jukang.ceoc@kingcounty.gov]; Mathew@pnwgroup.com [Mathew@pnwgroup.com]; Maya Manus [mmanus@urbanleague.org]; Morris, Jayson (KCC) [jmorris.ceoc@kingcounty.gov]; Sakahara, Kathy [Kathy.Sakahara@kingcounty.gov]; Santiago Pastrana, Tania [Tania.SantiagoPastrana@kingcounty.gov]; Sullivan, Nanette [nsullivan.ceoc@kingcounty.gov]; Tsao, Stanley [stsao.ceoc@kingcounty.gov]; Vixie, Kyle [kvixie.ceoc@kingcounty.gov]
**CC:**  Case, Janice [Janice.Case@kingcounty.gov]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov]
**Subject:**  Elections Update: Mail, Turnout, Signs & Vote Centers
**Date:**  Friday, July 29, 2022 12:53:40
**Attachment 1:**  image001.png
**Attachment 2:**  image002.png
**Attachment 3:**  image003.png
**Attachment 4:**  image004.png
**Attachment 5:**  image005.png
**Attachment 6:**  image006.png

---

Dear CEOC,

- **Ballots Mailed.** While some parts of the state are reporting delayed mail delivery we are not seeing that here in King County. As is typical 92.75% of our ballots were delivered by Saturday, July 16 and 99.61% were delivered by Monday, July 18. In other postal news USPS just announced it is creating a new division to handle election mail.

- **Turnout.** Turnout is a little disappointing so far! We're around 70k ballots short of what we'd expected to have received at this point in the election. For comparison, we were at 19% and 20% turnout at this point in the 2018 and 2020 Primary Elections and we're at about 16.5% right now. This could mean either that we'll see a very busy Monday and Election Day or it could mean turnout below our projection of 45%. Anything you can do to help remind your community to vote would be welcome! We've got some social media tools online and you can find detailed return statistics here.

- **Ballot Drop Box Surveillance Signage Update.** I wanted to quickly follow-up on the information I shared last week about the ballot drop box surveillance signs. Following our statement and collaboration with the Prosecuting Attorney's Office and King County Executive and Sheriff's office, our teams have removed a total of 11 signs at ballot drop boxes. We have forwarded pictures and details from each location and all other evidence we have to the assigned investigator from the King County Sheriff's Office as well as the FBI, since this is a federal election. I will continue to keep you posted.

- **Vote Centers Opening.** We'll open our satellite Vote Centers starting tomorrow. In addition to Saturday, they'll also be open Monday, and Election Day. As always, voters can register, update their registration, get a replacement ballot or use an accessible voting unit up until 8 p.m. on Election night.

Please don't hesitate to let me know if you have questions or need additional information!

**Julie Wise**   http://www.kingcounty.gov/depts/elections.aspx
Director
King County Elections
206-477-4140

| kingcounty.gov/elections | https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fkcelections.com%2F&data=05%7C01%7CJulie.Wise%40kingcounty.gov%7C1e8aa556d3df4470caa008da718af2b2%7Cbae5059a76f049d7999672dfe95d69c7%7C0%7C0%7C637947138839980891%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=2vOtondf%2B7IHP8EZpoyLoEcOA9xKcmxWt4OoJhP69Rk%3D&reserved=0 https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2Fkcelections&data=05%7C01%7CJulie.Wise%40kingcounty.gov%7C1e8aa556d3df4470caa008da718af2b2%7Cbae5059a76f049d799672dfe95d69c7%7C0%7C0%7C637947138839980891%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn... |
| --- | --- |

0%3D%7C3000%7C
%7C%7C&sdata=ihH
%2BilZMlPaA89b%2
BzazWUukhUq6JSH
qmEybl7T%2F73ig%
3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.fac
ebook.com%2Fkcele
ctions&data=05%7C
01%7CJulie.Wise%4
0kingcounty.gov%7
C1e8aa556d3df447
0caa008da718af2b2
%7Cbae5059a76f04
9d7999672dfe95d6
9c7%7C0%7C0%7C6
3794713883998089
1%7CUnknown%7C
TWFpbGZsb3d8eyJ
WIjoiMC4wLjAwMD
AiLCJQIjoiV2luMzIiL
CJBTiI6Ik1haWwiLCJ
XVCI6Mn0%3D%7C3
000%7C%7C%7C&s
data=IVv8Y4Ke0hK
%2F7imub8fAO3Sh2
ZHrJL5KmpJXdIDmB
yc%3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.inst
agram.com%2Fkcele
ctions%2F&data=05
%7C01%7CJulie.Wis
e%40kingcounty.go
v%7C1e8aa556d3df
4470caa008da718af
2b2%7Cbae5059a76
f049d7999672dfe95
d69c7%7C0%7C0%7
C637947138839980
891%7CUnknown%
7CTWFpbGZsb3d8e
yJWIjoiMC4wLjAwM

KC - 01572

DAiLCJQIjoiV2luMzIi
LCJBTiI6Ik1haWwiLC
JXVCI6Mn0%3D%7C
3000%7C%7C%7C&s
data=NHM0ymY3lq
G5U5LD2dz4mYccn
10tOge%2F0J6ruOei
0vE%3D&reserved=
0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.sna
pchat.com%2Fadd%
2Fkcelections&data
=05%7C01%7CJulie.
Wise%40kingcounty
.gov%7C1e8aa556d
3df4470caa008da71
8af2b2%7Cbae5059
a76f049d7999672df
e95d69c7%7C0%7C
0%7C637947138839
980891%7CUnknow
n%7CTWFpbGZsb3d
8eyJWIjoiMC4wLjA
wMDAiLCJQIjoiV2lu
MzIiLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D
%7C3000%7C%7C%
7C&sdata=lLt0kPttR
QoPNPHK9aosPLyU
RDPmXyzHe9hZ2LBz
J%2Bw%3D&reserve
d=0

KC - 01573



KC - 01574

KC - 01575

KC - 01576

KC - 01577

KC - 01578

KC - 01579

| | |
|---|---|
| **From:** | Wise, Julie [] |
| **To:** | Mathew@pnwgroup.com [Mathew@pnwgroup.com] |
| **CC:** | Case, Janice [Janice.Case@kingcounty.gov]; Hampton, Jerelyn [Jerelyn.Hampton@kingcounty.gov]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov] |
| **Subject:** | Elections Update: Mail, Turnout, Signs & Vote Centers |
| **Date:** | Friday, July 29, 2022 12:54:56 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

---

Dear Party Chair,

- **Ballots Mailed.** While some parts of the state are reporting delayed mail delivery we are not seeing that here in King County. As is typical 92.75% of our ballots were delivered by Saturday, July 16 and 99.61% were delivered by Monday, July 18. In other postal news USPS just announced it is creating a new division to handle election mail.

- **Turnout.** Turnout is a little disappointing so far! We're around 70k ballots short of what we'd expected to have received at this point in the election. For comparison, we were at 19% and 20% turnout at this point in the 2018 and 2020 Primary Elections and we're at about 16.5% right now. This could mean either that we'll see a very busy Monday and Election Day or it could mean turnout below our projection of 45%. Anything you can do to help remind your community to vote would be welcome! We've got some social media tools online and you can find detailed return statistics here.

- **Ballot Drop Box Surveillance Signage Update.** I wanted to quickly follow-up on the information I shared last week about the ballot drop box surveillance signs. Following our statement and collaboration with the Prosecuting Attorney's Office and King County Executive and Sheriff's office, our teams have removed a total of 11 signs at ballot drop boxes. We have forwarded pictures and details from each location and all other evidence we have to the assigned investigator from the King County Sheriff's Office as well as the FBI, since this is a federal election. I will continue to keep you posted.

- **Vote Centers Opening.** We'll open our satellite Vote Centers starting tomorrow. In addition to Saturday, they'll also be open Monday, and Election Day. As always, voters can register, update their registration, get a replacement ballot or use an accessible voting unit up until 8 p.m. on Election night.

Please don't hesitate to let me know if you have questions or need additional information!

**Julie Wise**                               http://www.kingcounty.gov/depts/elections.aspx
Director
King County Elections
206-477-4140

kingcounty.gov/election s          https://gcc02.safeli nks.protection.outlo

ok.com/?url=https%
3A%2F%2Fkcelectio
ns.com%2F&data=0
5%7C01%7CJulie.Wi
se%40kingcounty.go
v%7C1e8aa556d3df
4470caa008da718af
2b2%7Cbae5059a76
f049d7999672dfe95
d69c7%7C0%7C0%7
C637947138839980
891%7CUnknown%
7CTWFpbGZsb3d8e
yJWIjoiMC4wLjAwM
DAiLCJQIjoiV2luMzIi
LCJBTil6Ik1haWwiLC
JXVCI6Mn0%3D%7C
3000%7C%7C%7C&s
data=2vOtondf%2B
7IHP8EZpoyLoEcOA
9xKcmxWt40oJhP69
Rk%3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Ftwitter.c
om%2Fkcelections&
data=05%7C01%7CJ
ulie.Wise%40kingco
unty.gov%7C1e8aa5
56d3df4470caa008d
a718af2b2%7Cbae5
059a76f049d79996
72dfe95d69c7%7C0
%7C0%7C63794713
8839980891%7CUn
known%7CTWFpbG
Zsb3d8eyJWIjoiMC4
wLjAwMDAiLCJQIjoi
V2luMzIiLCJBTil6Ik1
haWwiLCJXVCI6Mn
0%3D%7C3000%7C
%7C%7C&sdata=ihH
%2BilZMlPaA89b%2
BzazWUukhUq6JSH
qmEybl7T%2F73jg%
3D&reserved=0
https://gcc02.safeli

nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.fac
ebook.com%2Fkcele
ctions&data=05%7C
01%7CJulie.Wise%4
0kingcounty.gov%7
C1e8aa556d3df447
0caa008da718af2b2
%7Cbae5059a76f04
9d7999672dfe95d6
9c7%7C0%7C0%7C6
3794713883998089
1%7CUnknown%7C
TWFpbGZsb3d8eyJ
WIjoiMC4wLjAwMD
AiLCJQIjoiV2luMzIiL
CJBTiI6Ik1haWwiLCJ
XVCI6Mn0%3D%7C3
000%7C%7C%7C&s
data=IVv8Y4Ke0hK
%2F7imub8fAO3Sh2
ZHrJL5KmpJXdIDmB
yc%3D&reserved=0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.inst
agram.com%2Fkcele
ctions%2F&data=05
%7C01%7CJulie.Wis
e%40kingcounty.go
v%7C1e8aa556d3df
4470caa008da718af
2b2%7Cbae5059a76
f049d7999672dfe95
d69c7%7C0%7C0%7
C63794713883998O
891%7CUnknown%
7CTWFpbGZsb3d8e
yJWIjoiMC4wLjAwM
DAiLCJQIjoiV2luMzIi
LCJBTiI6Ik1haWwiLC
JXVCI6Mn0%3D%7C
3000%7C%7C%7C&s
data=NHM0ymY3lg
G5U5LD2dz4mYccn
10tOge%2F0J6ruOei



0vE%3D&reserved=
0
https://gcc02.safeli
nks.protection.outlo
ok.com/?url=https%
3A%2F%2Fwww.sna
pchat.com%2Fadd%
2Fkcelections&data
=05%7C01%7CJulie.
Wise%40kingcounty
.gov%7C1e8aa556d
3df4470caa008da71
8af2b2%7Cbae5059
a76f049d7999672df
e95d69c7%7C0%7C
0%7C637947138839
980891%7CUnknow
n%7CTWFpbGZsb3d
8eyJWIjoiMC4wLjA
wMDAiLCJQIjoiV2lu
MzIiLCJBTiI6Ik1haW
wiLCJXVCI6Mn0%3D
%7C3000%7C%7C%
7C&sdata=lLt0kPttR
QoPNPHK9aosPLyU
RDPmXyzHe9hZ2LBz
J%2Bw%3D&reserve
d=0



KC - 01585

KC - 01586

KC - 01587

KC - 01588

KC - 01589

| | |
|---|---|
| **From:** | Wise, Julie [] |
| **To:** | Mathew@pnwgroup.com [Mathew@pnwgroup.com] |
| **CC:** | Case, Janice [Janice.Case@kingcounty.gov]; LeVan Hodson, Kendall [Kendall.LeVanHodson@kingcounty.gov]; Hampton, Jerelyn [Jerelyn.Hampton@kingcounty.gov]; Soliz, Kathy [KSoliz@kingcounty.gov] |
| **Subject:** | Elections Update: Unauthorized Ballot Drop Box Signs |
| **Date:** | Tuesday, July 19, 2022 17:47:01 |
| **Attachment 1:** | image001.png |
| **Attachment 2:** | image002.png |
| **Attachment 3:** | image003.png |
| **Attachment 4:** | image004.png |
| **Attachment 5:** | image005.png |
| **Attachment 6:** | image006.png |

Dear Party Chair,

As you have likely seen in the news, there has been a coordinated effort across King County to place &quot;under surveillance&quot; signs at all ballot drop box locations. I have conferred at length with the Prosecuting Attorney's Office and Executive on this matter. Not only are these signs misleading and intimidating, they are illegal. I've directed my team to remove and document them as they find them. I wanted to share the full statement below.

FOR IMMEDIATE RELEASE      July 19, 2022

**King County Elections Calls for Removal of Unauthorized Ballot Drop Box Signs**
As voters began to receive their ballots over the weekend, King County Elections began receiving reports of suspicious and intimidating signs placed near ballot drop boxes, warning voters that the drop box is &#8220;under surveillance.&#8221; The signs feature a QR code for placing &#8220;election incident&#8221; reports. Located around King County, these signs appear to be a targeted effort undertaken by party-affiliated activists to intimidate and dissuade voters from using secure ballot drop boxes.

&#8220;King County Elections will not stand for intimidation or scare tactics. I believe this is a targeted, intentional strategy to intimidate and dissuade voters from using secure ballot drop boxes. My team is not going to stand by and allow any group to seed fear and doubt amongst our residents and voters, especially when they are simply trying to make their voices heard,&#8221; stated King County Elections Director Julie Wise. &#8220;My team will be removing these signs and referring any information about who placed them to the King County Sheriff&#8217;s Office for further investigation.&#8221;

Voter intimidation is outlawed at both the state and federal level. No voter should be discouraged from exercising their constitutional right to vote.   Under state law, it is a crime to intimidate voters in an effort to discourage them from depositing their ballots in a drop box. Under federal law, it is a crime whenever two of more people conspire to prevent or discourage people from exercising their constitutional right to vote. These are serious offenses that impact the heart of our democracy.   Elections will work with appropriate state and federal authorities to ensure that the surveillance signs are fully investigated and that persons posting them are held accountable under the law.

Observers play a key role in maintaining secure and transparent elections. In King County and across Washington State, observers are welcome at drop boxes and are typically

coordinated through the major political parties. Observers are given information about the ballot collection process, so they can know what to look for as the boxes are emptied and closed. However, observers are not allowed to interfere with voters or elections staff, nor can they intimidate or discourage others from exercising their right to vote.

&#8220;There are many ways curious or concerned voters can observe and engage in our electoral process. However, voter intimidation is not one of them. Washington law permits voters to drop off ballots for others.   Signs intended to make voters feel like they are being watched and monitored and violating the law by depositing ballots is voter intimidation, period,&#8221; said King County Prosecuting Attorney Dan Satterberg.

Mathew Patrick Thomas, Chair of the King County Republican Party, has requested that his party&#8217;s members remove and discontinue placement of the signs. Both major political parties are key partners in transparency and observation of elections. King County Elections is deeply grateful for that partnership.

&#8220;King County Elections conducts some of the safest and most secure elections anywhere in our nation, and these intimidation tactics are a direct extension of the anti-democratic rhetoric behind The Big Lie. Voter intimidation is a state and federal crime, and I&#8217;ve directed Sheriff Cole-Tindall to investigate. There is no duty more sacred than protecting the right to vote and our democratic institutions, but today our democracy is under threat from those for whom their own extreme ideology is more important than the nation itself.&#8221;

This type of voter intimidation does not increase security nor provide greater integrity to elections. Drop boxes are constructed of half-inch thick steel, with multiple locking mechanisms, no pry points, fire stops, and are equipped with tamper-evident seals. Bolted into concrete, drop boxes are nearly indestructible and are a safe, convenient, and secure way for voters to return their ballot. All ballots &#8211; whether returned by drop box or mail &#8211; are verified at Elections headquarters in Renton.

&#8220;We thank our voters and observers for bringing this issue to our attention. We truly appreciate the quick action of the King County GOP Chair, Mathew Patrick Thomas. We will continue to work together with voters, party leaders, and others to ensure our elections are accessible, transparent, and secure,&#8221; said Wise.

As always please let me know if you have any questions.

Happy voting,

**Julie Wise**                                             http://www.kingcounty.gov/depts/elections.aspx
Director
King County Elections
206-477-4140

kingcounty.gov/elections      https://kcelections.com/https://twitter.com/kcelections
                              https://www.facebook.com/kcelections
                              https://www.instagram.com/kcelections

/
https://www.snapc
hat.com/add/kcelec
tions



KC - 01593

KC - 01594

KC - 01595

KC - 01596

KC - 01597

KC - 01598



**CITIZENS' ELECTIONS OVERSIGHT COMMITTEE (CEOC)**
**July 20, 2022 Meeting | 11:30 a.m. to 1:00 p.m. | Zoom Conference**

**MINUTES**

**Members Present:** Chair: Kyle Vixie, First Vice Chair: Eliseo Juárez, Vice Chair: Jayson Todd Morris, Hillary Coleman, Hanna Floss, Linda Grez, Tyson Hartman, Stuart Holmes, Julie Kang, Kathy Sakahara, Stanley Tsao, and Mathew Patrick Thomas

**Absent:** Maya Manus and Nanette Sullivan

**Special Guests:** King County Councilmember Jeanne Kohl-Welles, Secretary of State Steve Hobbs, and Clara Manahan

**Elections Staff:** Elections Director Julie Wise and Kendall LeVan Hodson

**Council Staff:** Tom Goff, Mac Nicholson, Sherrie Hsu, and Tania Santiago Pastrana

1. **Call to Order**
   CEOC Chair Kyle Vixie called the meeting to order at 11:31 a.m.

2. **Approve May 18, 2022 minutes**
   Vice Chair Jayson Morris moved approval of the minutes of the May 18, 2022 meeting. Member Mathew Patrick Thomas seconded the motion. Motion carried unanimously.

3. **Update from Secretary of State Steve Hobbs**
   Chair Vixie welcomed Washington State Secretary of State Steve Hobbs.

   Secretary Hobbs shared his professional background and experience working on election issues. Governor Inslee appointed Secretary Hobbs to replace Kim Wyman. One of the reason Governor Inslee appointed Secretary Hobbs was because of his experience with cyber security. When Secretary Hobbs first started as Secretary of State, he submitted a new budget proposal based on the new threats and discussions with the Department of Homeland Security. His budget doubled which now allows his office to support the 39 counties run their elections. He also created a division that works on disinformation and voter election education.

   When Secretary Hobbs first started his tenure, there was a grass roots effort of disinformation regarding the use of Albert Sensors being tied to George Soros. Albert Sensors tracks data to where it's going and provides network security alerts in the event there are connections to suspicious IP addresses. The Department of Homeland Security advocates for all government and private agencies to use Albert Sensors. The disinformation campaign was so effective that in one county three Commissioners voted to remove Albert Sensors without first talking to constituents, the auditor or their IT staff. Secretary Hobbs had to involve the FBI and various other stakeholders to help explain to these counties how Albert Sensors work.

One of Secretary Hobbs' priorities is community outreach to get the vote out. On 4th of July, Secretary Hobbs partnered with King County Elections to have newly naturalized citizens take their oath. It reminded him of his mother's experience getting naturalized. More outreach needs to be done for immigrants eligible to vote including getting voting materials translated. This is an issue for some counties including Skagit County due to funding issues.

Secretary Hobbs recently met with Hispanic Chamber of Commerce members  in Eastern Washington to discuss voter outreach. Secretary Hobbs especially wants to educate youth about civic engagement and voting so that they are fully engaged by the time they turn 18. For him, it's frustrating to hear when people state they want more transparency in voting because it's already happening. Education and outreach is key.

Secretary Hobbs also noted that Washington state uses the Electronic Registration Information Center (ERIC) System to make sure people don't vote at various locations.

**Member Thomas:** Can you give us any information regarding the Secretary of State Archives building update?

**Secretary Hobbs:** Archives is near and dear to my heart. We are trying to build our new library and going through permit issues. Shovel in the dirt should happen sometime next year. Our current building has flooding and mold issues. We are attempting to move out of that building as soon as possible.

**Vice Chair Morris:** Where can we find information about the ERIC system?

**Secretary Hobbs:** Stuart Holmes will email information and one pager?

**Member Holmes:** The website is ericstates.org

**Vice Chair Juárez:** Can you tell us the role your office plays regarding rank choice voting?

**Secretary Hobbs:** If it happens we will fully support it. Outreach is important. I am very concerned about rank choice voting. It's hard enough to get people to vote. I'm also concerned that someone could attack the algorithms used for rank choice voting. Another concern is people like my mom who is from another country. Now they come to this county and English is not their main language and we need to explain the new system. We have to think about them. I urge us to pause and think about the effects this could have. Pierce county tried it and stopped. My son has cognitive issues. It's simple for me to explain to him to vote for one person. It'll be hard for people like my son who may struggle. I am urging all of you to take a pause and think about both the operations and education that'll have to be done. But I will support whatever counties choose.

**Vice Chair Juárez:** I think if we teach immigrants any system, they will understand. I appreciate your thoughtful response.

**Member Floss:** How are you going to combat voter intimidation?

**Secretary Hobbs:** I am working on some op eds. The legislature needs to take action. If you feel intimidated to vote in person, then vote by mail. I wish I could do more but my hands are tied.

**Member Sakahara:** Advisory votes are clogging up our ballots and they are confusing voters.

**Secretary Hobbs:** I'm going to encourage the legislature to get rid of advisory votes.

**Chair Vixie:** CEOC hasn't had an opportunity to discuss ballot printing stations. Can you comment on ballot printing stations?

**Secretary Hobbs:** Our office has received some complaints. I don't have the means to do anything about this. My personal feeling is that I don't like it when you have campaign materials so close to where you're voting. Some form of legislation is needed. My hands are tied.

4. **CEOC Member and Staff Introductions and Chair Election**
   Chair Vixie Introduced the new members to the board, Hanna Floss (King County Democratic Party), Mathew Patrick Thomas (King County Republican Party), and Kathy Sakahara (League of Woman's Voters of Seattle-King County). Each new member was given a brief opportunity to provide to the board some brief background about themselves.

   King County Council support staff to the CEOC, Tom Goff and Tania Santiago Pastrana, were introduced as well.

   The Chair noted he was not seeking a new term due to increasing work obligations, he expressed appreciation to the members of the CEOC, Julie Wise (Director of King County Elections) and various County staff and noted several accomplishments of the CEOC during his time on the board.

   The Chair also provided an overview of the election to replace his position. He noted that his term ends at the end of the month, that the first vice chair will assume the roles and responsibilities of the chair until the next meeting on September 21st, which at that point an election will be held to fill the position through the end of the year. The Chair Provided on overview of the process per the bylaws.

   An election to fill the role for 2023 will be held in November.

5. **King County Council Chief of Staff Stephanie Cirkovich**
   Stephanie Cirkovich has served as the King County Council Chief of Staff (COS) since April 2022.  She was previously the Community Services and Planning Director at Washington State Ferries. COS Cirkovich is thrilled to be part of the Council and CEOC is at the top of her list. She has personal experience with election law, was a former board member of the Municipal League of King County, and was the President of KC League of Women Voters. In law school she wrote an article about elections and districting. The article sometimes get cited. She currently sits on the Canvassing Board.

6. **King County Councilmember Jeanne Kohl-Welles**
   Chair Vixie introduced Councilmember Kohl-Welles. She spoke to the importance of the CEOC and thanked members for their service. The Councilmember also noted the new ballot drop box in her district in the Uptown neighborhood and spoke about the general importance of drop boxes for elections.

   Councilmember Kohl-Welles provided a brief overview of King Conservation District (KCD) and focused on the election processes that they use. Councilmember Kohl-Welles noted the process the Conservation Districts use have led to lower turnout and would like to increase transparency and turnout in their elections. The CM provided an overview of recent bills in Olympia regarding conservation district election in Olympia.

   Conservation districts are important for our environment and to help fight climate change. Suggested the CEOC invite someone from KCD to come speak on the issue. Noted KCD members themselves are committed to election reform and their election process needs to be more understandable.

   Committee Member Sakahara noted that the central issue for the KCD is the cost of the election, and this needs to be addressed. She also noted that King County did offer to put on the main ballot and not charge, but the law prohibited it.

   Director Wise noted her agreement with Councilmember Kohl-Welles, that KCD elections need to be on the regular ballot. Director Wise also pointed out that legally the conservation election has to be on ballot in the first quarter, and if it were to be on the main ballot it would be around a million dollars , which is around 1/7 of their budget. Running these elections annually and in the first quarter makes it very difficult

   Councilmember Kohl-Welles asked about the ratio of returned ballots during the last KCD election, how many arrived online versus via the mail.

   Kendall Hodson, King County Elections Chief of Staff responded that fewer than one hundred voters returned their ballots by mail, almost all returned them online.

7. **Director's Report**
   Director Wise welcomed new members. She also thanked Chair Vixie for his leadership and service on CEOC.

   Ballots were mailed out last Wednesday and voters should have received their ballots by Monday. 92.75% of ballots were delivered on Saturday. If someone did not receive their ballot yet, they should contact King County Elections at (206) 296-VOTE. When someone calls this number, a person will answer right away as there is no menu or hold. There are currently 76 ballot boxes across King County. More than 96% of voters live within 3 miles of a drop box. Each year, King County Elections adds new ballot boxes across the county. King County Elections is predicting a 45% turnout based on historical turn out data trends. Observer trainings have also been taking place. Satellite Vote Centers will open on July 31st.

   King County Elections has had a busy summer doing petition verifying. With the exception of

unincorporated King County and recall petitions, they are done by local jurisdictions. Typically, there is an intake process done by a city clerk and King County Elections conducts a signature verification process. Signature verification is very time consuming because each voter's record is looked up. After the signature verification is complete, the legislative body needs to pass a resolution telling King County Elections to place it on the ballot. King County Elections has been asked to do signature verifications for four petitions this summer, two of which from the City of Seattle.

Regarding drop boxes, Director Wise recently sent CEOC members information about unauthorized ballot drop box signs in King County. As soon as Director Wise learned that signs were being posted, she immediately called Mathew Patrick Thomas. Mr. Thomas quickly told people to stop putting signs up but they didn't listen. Director Wise has heard back from the Prosecutors Office that these actions did violate federal and state laws. Elections staff have been directed to pick up all the signs. Director Wise has done various media interviews on the matter.

**Member Floss:** My understanding is that it was a grassroots group of people that were trying to prevent people from collecting multiple ballots and putting it into the drop box. There hasn't been press explaining that it's okay for someone to turn in a ballot for someone else. Maybe that needs to be advertised more.

**Director Wise:** That's a great point. I did say that in a KIRO and KING 5 interview but they didn't include that clip when the interview aired. We'll continue sharing that information, especially in writing.

**Member Floss:** Share the RCW so people can read it and understand it.

**Member Wise:** Yes! It is legally allowed in Washington to decide who gets to turn in your ballot. With 2000 Mules and the ballot surveillance issues, we want to make sure people know the accurate information.

**Chair Vixie:** CEOC does have a role to play in observation. For example, if a lightbulb goes out near a drop box or there is a drain issue, we can notify Elections.

**Vice Chair Morris:** One thing that makes chess such a beautiful game is that both players agree to the rules. When people think of government, we think of following the rules and being ethical. That's why we volunteer. Playing by the rules is important to me and a theme that I like to advocate for.

**Vice Chair Juárez:** I appreciate your comment, Mathew. I don't want that to get lost in the conversation. My question is because of the proximity of the drop boxes to legally classified sensitive cites like schools, it heightens the danger of mixed status families. Given the careless thought of violence to these families, who have family members that are eligible to vote, will you charge the person who did this?

**Director Wise:** I want the people responsible to be prosecuted because they have broken election laws. I want there to be an understanding that we aren't going to play around with this in King County. No intimidating or compromising our voters in anyway. I am hopeful that

with the Executive, Sherriff and Prosecutor's Office we have people who recognize how important this is. I want them to be held accountable. I will leave it in their hands and respect their decision.

**Member Sakahara:** Can I quote you?

**Kendall LeVan Hodson:** Yes

**Director Wise:** I appreciate Mathew Patrick Thomas for his leadership. This is about an individual going rogue. Mathew had courage and fabulous leadership on this.

8. **Special Purpose District Election Process**
   Will address at a later meeting.

9. **New Member Recruitment Update**
   CEOC is recruiting for five vacancies including: one registered King County voter, one representative from an academic institution who has knowledge of elections, one representative from the Vietnamese speaking community, one representative from a nonpartisan organization active in King County that evaluates candidates and ballot measures, such as the Municipal League, and one representative from a nonpartisan organization in King County that promotes equality and the advancement of blacks or African Americans, such as the Urban League of Metropolitan Seattle. The Municipal League and the Urban League of Metropolitan Seattle have both confirmed that they will be nominating representatives.

   Advertisements to promote the vacancies were placed in the Seattle Times, Seattle Medium, and the NW Asian Weekly. In addition, Council District Offices were given a graphic and application details to share with constituents. Staff also connected with the Vietnamese Bar Association to promote the vacancies.

   The application deadline is July 29, 2022. Applicants are expected to be interviewed at the August 23rd Employment and Administration Committee. If motions pass out of committee, they will be tentatively placed on the September 6th Council meeting.   CEOC members are encouraged to share the application information with their networks. Details can be found on the main page of the CEOC website.

**Hanna Floss:** Have you reached out to the University of Washington (UW)? Should I reach out to my contacts at UW?

**Staffer Santiago Pastrana:** We encourage all board members to share the information with their networks. We reached out to professors from universities and colleges across King County. We specifically emailed professors we thought maybe interested in serving on CEOC based on their research interest or classes they teach.

**Municipal Relations Director Goff:** As Chair Vixie mentioned earlier, today is his last CEOC meeting as a committee member. On behalf of the County Council, I would like to take a moment to express our thanks and gratitude for Chair Vixie's service on the CEOC. Serving as Chair for a volunteer board is not easy and takes a lot of time and commitment,

but this role is vital to maintaining public confidence in elections. Thank you, Kyle, for your leadership on the CEOC.

**10.** **KCC Staff Update**
   N/A

**11.** **New Business and/or for Good of the Order**
   **Member Thomas:** Question what does the CEOC do, makes changes, advise the process…?

   **Chair Vixie:** We advise, provide oversight, communicate issues and concerns to the council, if you have questions follow up with me after the meeting.

   **Vice Chair Juárez:** We are going to look at rank choice voting and will have a conversation about representation on the board, specifically about the partisan seats, and plans to have a discussion about the work plan for the body itself, these are all pieces that will get presented to council at some point in time.

   **Chair Vixie:** There is an annual report as well and a presentation to the county council.

**12.** **Adjournment**
   Vice Chair Morris moved to adjourn the meeting. Member Grez seconded the motion. The meeting was adjourned unanimously at about 1:01 pm.